UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------- x

PEARSON EDUCATION, INC., :
JOHN WILEY & SONS, INC., 
CENGAGE LEARNING INC., AND :
THE MCGRAW-HILL COMPANIES, INC.,
 :
               Plaintiffs,
 :
   -against-
 :
MATTHEW STIRLING D/B/A
THETEXTBOOKGUY.COM
AND JOHN DOES NOS. 1-5 :
 :
               Defendants.
 :
---------------- x



JUDGE CASTEL

07 CIV 7890

RECEIVED SEP 07 2007 U.S.D.C. S.D.N.Y. CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 9/7/07

*William Dunnegan*
SIGNATURE OF ATTORNEY