IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Pearson Education, Inc., et al.

    Plaintiff(s)/Petitioner(s),

v.

Matthew Stirling d/b/a Thetextbookguy.com, et al.

    Defendant(s)/Respondent(s).

NO. 07-CIV-7890

**AFFIDAVIT OF SERVICE OF PROCESS**

I _Ryan Klemsorue_ Being duly sworn, depose and say that I am fully qualified under ARCP 4(e) to serve process within the State of Arizona, and executed service in the manner described below:

**Documents Served:** Summons & Complaint

**Service Upon:** Matthew Stirling d/b/a Thetextbookguy.com

**Date of Service:** September 17th, 2007        **Time Of Service:** 8:30 PM

**Address of Service:** 902 W. 13th St., Tempe, AZ 85281

**Manner of Service:**

☐ By serving _____ in person.

☒ Substitute, by serving **Brenden (Refused Last Name)**, a person of suitable age & discretion who resides with **Matthew Stirling d/b/a Thetextbookguy.com** at the address of service.

☐ By personally serving _____ who holds the position of _____.

☐ Other Service, As Detailed Below.

☐ Non-Service for the Reasons Detailed Below.

DESCRIPTION: White male 21yo 5-10 170lbs Brown hair. Server spoke w/male @ the door & Brenden said Matthew was @ a concert. Brenden said he was the roommate & was living with Matthew Sterling.

I certify under penalty of perjury that the foregoing is true and correct.

X _____
Declarant: Print Name _Ryan Klemsorue_
Registered in _Maricopa_ County

Subscribed and Sworn to before me this _26'_ day of _Sept_ 2007.

_____ Notary Public

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009