USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.
CENGAGE LEARING INC. AND
THE MCGRAW-HILL COMPANIES, INC.

Plaintiffs,

-against-

MATTHEW STIRLING D/B/A
THETEXTBOOKGUY.COM
AND JOHN DOES NOS. 1-5

Defendants.

Case No. 07-CV-7890 (PKC)

**STIPULATION AND ORDER**

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendants Matthew Stirling d/b/a Thetextbookguy.com and John Does, Nos. 1-5 to serve and file responsive papers to the Complaint filed by Plaintiffs is extended from October 31, 2007 to and including November 7, 2007. The parties agreed, and the Court ordered one previous extension of time to file responsive papers to the Complaint, from October 7, 2007 to and including October 31, 2007.

DUNNEGAN LLC

By: _____
William Dunnegan (WD9316)
Attorneys for Plaintiffs
350 Fifth Avenue
New York, NY 10118
(212) 332-8300

AMIGONE, SANCHEZ, MATTREY
& MARSHALL, LLP

By: _____
Christ Gaetanos
Attorneys for Defendants
1300 Main Place Tower
350 Main Street
Buffalo, New York 14202
(716) 852-1300

10-31-07

SO ORDERED this ___ day of November

N.Y., N.Y.

_____
United States District Judge