# CERTIFICATE OF GOOD STANDING

## UNITED STATES OF AMERICA

## WESTERN DISTRICT OF NEW YORK  BUFFALO

I, Rodney C. Early, Clerk of the United States District Court, Western District of New York, DO HEREBY CERTIFY that CHRIST GAETANOS was duly admitted to practice in said Court on 11th day of JUNE 1994, and is in good standing as a member of the bar of said Court.

Dated: 2nd day of May, 2007
Buffalo, New York

RODNEY C. EARLY
Clerk

By *Denise Collin*
Deputy Clerk

AO 136 (Rev. 6/82)