## CERTIFICATE OF SERVICE

  The undersigned member of the bar of this court hereby certifies that a true and correct copy of the foregoing Notice of Motion and Motion Under Local Rule 1.3(c) to admit counsel *pro hac vice*, with accompanying exhibits, was served via the CM/ECF system and by first class mail upon:

William Dunnegan (WD9316)
Megan L. Martin
350 Fifth Avenue
New York, New York 10118

Dated: Buffalo, New York
   November 8, 2007

         AMIGONE, SANCHEZ, MATTREY
         & MARSHALL, LLP

         By: _____
          Arthur G. Baumeister, Jr., (AGB2332)
          Attorney for Defendants
          1300 Main Place Tower
          350 Main Street
          Buffalo, New York 14202
          (716) 852-1300