## CERTIFICATE OF SERVICE

The undersigned member of the bar of this court hereby certifies that a true and correct copy of the foregoing Answer was served via the CM/ECF system and by first class mail upon:

> William Dunnegan (WD9316)
> Megan L. Martin (MM4396)
> 350 Fifth Avenue
> New York, New York 10118

Dated: Buffalo, New York
       November 8, 2007

                         AMIGONE, SANCHEZ, MATTREY
                         & MARSHALL, LLP

By: _____
Christ Gaetanos (CG 5572)
Attorneys for Defendants
1300 Main Place Tower
350 Main Street
Buffalo, New York 14202
(716) 852-1300