UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEARSON EDUCATION, INC., JOHN WILEY &
SONS, INC., THOMSON LEARNING INC., and
THE MCGRAW-HILL COMPANIES, INC.,

                              Plaintiffs,

v.

MATTHEW STIRLING D/B/A THE TEXTBOOK
GUY. COM AND JOHN DOES NOS. 1-5,

                              Defendants

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

Case No. 07-CV-7890(PKC)

**ORDER TO ADMIT COUNSEL**
*PRO HAC VICE*

This matter having been brought before the Court by Defendant Mathew Stirling d/b/a thetextbookguy.com, Jr. through their counsel Amigone, Sanchez, Mattrey & Marshall, LLP (Christ Gaetanos, of counsel), by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Christ Gaetanos *pro hac vice*, on notice to all parties hereto, and the Court having reviewed and considered the papers filed in support of this motion, it is hereby

**ORDERED** that Christ Gaetanos be and hereby is admitted *pro hac vice* in connection with this action and it is further

**ORDERED** that Christ Gaetanos shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Civil Rule 1.5.

SO ORDERED:

_____
U.S.D.J.
11-13-07