Declaration of Service

LAURA J. SCILEPPI hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an associate at the firm of Dunnegan LLC.

2. On December 14, 2007, I caused to be served by U.S. Mail a true copy of the AMENDED COMPLAINT documents on attorney for defendant Matthew Stirling at the following address:

> Christ Gaetanos
> Amigone, Sanchez, Mattrey & Marshall, LLP
> 1300 Main Place Tower
> Buffalo, New York 14202

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of December 2007.

_____
Laura J. Scileppi