## CERTIFICATE OF SERVICE

The undersigned member of the bar of this court hereby certifies that a true and correct copy of the foregoing Answer to Amended Complaint was served by first class mail upon:

William Dunnegan (WD9316)
Megan L. Martin (MM4396)
350 Fifth Avenue
New York, New York 10118

Dated: Buffalo, New York
      January 4, 2008

**AMIGONE, SANCHEZ, MATTREY & MARSHALL, LLP**

By: /s/ Christ Gaetanos
Christ Gaetanos, Esq., of Counsel
Attorneys for Defendant
1300 Main Place Tower
Buffalo, New York 14202
Phone: (716) 852-1300
E-Mail: cgaetanos@att.net