UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND
THE MCGRAW-HILL COMPANIES, INC.,

    Plaintiffs,

  -against-      07 Civ. 07890 (PKC)

MATTHEW STIRLING D/B/A
THETEXTBOOKGUY.COM
AND JOHN DOES NOS. 1-5,

    Defendants.

- - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

## ORDER TO SHOW CAUSE

Upon the annexed declaration of William Dunnegan, sworn to April 18, 2008, and all prior proceeding herein, it is hereby ORDERED that defendant Matthew Sterling ("Stirling") SHOW CAUSE before Hon. P. Kevin Castel, United States District Judge, in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at 10:15 pm _.m. on April 29, 2008, or as soon thereafter as counsel may be heard, why an order pursuant to the inherent power of the Court should not be entered:

  (a) Enforcing the final judgment and permanent injunction entered in this action on March 5, 2008 ("Final Judgment") by compelling Stirling to pay forthwith all

amounts due under it, with interest and costs including attorneys' fees;

(b) Adjudging defendant Matthew Stirling in contempt of the Final Judgment, for failing to make the payment to plaintiffs of $15,000 due April 1, 2008, and imposing appropriate coercive sanctions to compel compliance, including but not limited to coercive fines in an amount to be determined by the Court; and

(c) Granting such other and further relief as to the Court may seem just and proper.

✓ Opposition papers, if any, shall be served and filed on or before __5__ p.m. on _April 23_, 2008.

✓ Reply papers, if any, shall be served and filed on or before __5__ p.m. on _April 25_, 2008, with proof of service filed promptly thereafter.

✓ Let service of this order to show cause on Stirling and his counsel be deemed good and sufficient if dispatched by United States Postal Service Express Mail to the addresses set forth below on or before __7__ p.m. on April _18_, 2008.

Dated: New York, New York
April 18, 2008

_____
P. Kevin Castel
U.S.D.J.

1:35 PM

2

TO: Christ Gaetanos, Esq.
    AMIGONE, SANCHEZ, MATTREY
    & MARSHALL, LLP
    Attorneys for defendant
      Matthew Stirling
    300 Main Place Tower
    350 Main Street
    Buffalo, New York 14202
    (716) 852-1300

    Matthew Stirling
    902 West 13th Street
    Tempe, Arizona 85281