**Exhibit A**

04/18/2008  16:23    2123328301                                                              PAGE  08/22

Case 1:07-cv-07890-PKC   Document 23-2   Filed 04/18/2008   Page 2 of 8
Case 1:07-cv-07890-PKC   Document 21    Filed 03/05/2008   Page 1 of 48

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND
THE MCGRAW-HILL COMPANIES, INC.,

                       Plaintiffs,

       -against-                    07 Civ. 7890 (PKC)

THE TEXTBOOK GUY LLC
D/B/A THETEXTBOOKGUY.COM,
MATTHEW STIRLING AND
JOHN DOES NOS. 1-5,
                Defendants.

- - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

          FINAL JUDGMENT AND PERMANENT INJUNCTION
                       BY CONSENT

      IT IS HEREBY STIPULATED and agreed, by and between the parties, conditional upon the approval of the Court, that it is:

      ORDERED, ADJUDGED AND DECREED that defendants The Textbook Guy, LLC (a/k/a The Text Book Guy LLC), d/b/a thetextbookguy.com, Matthew Stirling, and their respective agents, servants, and employees, and all those acting in concert with either of them, if any, collectively "Defendants," are hereby PERMANENTLY ENJOINED from

          (i) infringing the registered copyrights of plaintiff Pearson Education, Inc. ("Pearson"), identified on Schedule A hereto, the registered

04/18/2008  16:23    2123328301                                                                          PAGE  09/22
Case 1:07-cv-07890-PKC    Document 23-2    Filed 04/18/2008    Page 3 of 8
Case 1:07-cv-07890-PKC    Document 21    Filed 03/05/2008    Page 2 of 48

copyrights of plaintiff John Wiley & Sons, Inc. ("Wiley"), identified on schedule B hereto, the registered copyrights plaintiff Cengage Learning Inc. (formerly known as "Thomson Learning Inc.") ("Cengage"), identified on schedule C hereto, and the registered copyrights plaintiff The McGraw-Hill Companies, Inc. ("McGraw-Hill"), identified on schedule D hereto, by advertising (including falsely designating) or selling (or any combination of the foregoing), in violation of 17 U.S.C. § 501; and

(ii) falsely designating the origin of his products or services in violation of the rights of Pearson, with respect to the trademarks identified on schedule E hereto, Wiley, with respect to the trademarks identified on schedule F hereto, Cengage, with respect to the trademarks identified on schedule G hereto, and McGraw-Hill, with respect to the trademarks identified on schedule H hereto, under 15 U.S.C. § 1125(a), and

(iii) infringing any copyright of Pearson, Wiley, Cengage or McGraw-Hill through the advertising (including false designation) or sale in the United States of any book marked to

2

04/18/2008  16:23    2123328301                                                                                   PAGE  10/22
Case 1:07-cv-07890-PKC    Document 23-2    Filed 04/18/2008    Page 4 of 8
Case 1:07-cv-07890-PKC    Document 21    Filed 03/05/2008    Page 3 of 48

prohibit its resale in the United States, provided that nothing in this Final Judgment and Permanent Injunction by Consent is intended to prohibit Defendants from advertising or selling works that may be lawfully advertised or sold under Title 17 of the United States Code; and it is further

ORDERED, ADJUDGED and DECREED that Defendants shall jointly and severally pay Pearson, Wiley, Cengage, and McGraw-Hill damages in the amount of $76,000 payable as follows:

(i) $25,000 by March 1, 2008 by bank check of attorney trust account check;

(ii) $15,000 by April 1, 2008 by bank check of attorney trust account check;

(iii) $300 per month, on the first of the month, for the next 120 months, beginning May 1, 2008,

all $76,000 of which shall represent statutory damages pursuant to 17 U.S.C. § 504(c)(1) for Plaintiffs' respective works first sold by defendant in August, September and October 2007; it is further

ORDERED, ADJUDGED AND DECREED that the foregoing payments are ordered as damages with respect to violations of plaintiffs' respective rights pursuant to advertising

3

04/18/2008 16:23 2123328301 PAGE 11/22

Case 1:07-cv-07890-PKC Document 23-2 Filed 04/18/2008 Page 5 of 8
Case 1:07-cv-07890-PKC Document 21 Filed 03/05/2008 Page 4 of 48

(including falsely designating) or selling (or any combination of the foregoing) same, in violation of 17 U.S.C. § 501; and it is further

ORDERED, ADJUDGED AND DECREED that Defendants shall have the right at any time to prepay the balance remaining, in whole or in part, but that a partial prepayment shall be allocated to the last amounts due and shall not delay the monthly payments owed to Pearson, Wiley, Cengage and McGraw-Hill; and it is further

ORDERED, ADJUDGED AND DECREED that, unless Pearson, Wiley, Cengage and McGraw-Hill notify Defendants to make payment to another person, they shall pay the above amounts by check payable to Dunnegan LLC Attorney Trust Account, and sent to Dunnegan LLC, 350 Fifth Avenue, New York, New York 10118, or to such other address that William Dunnegan may provide to Defendants; and it is further

ORDERED, ADJUDGED AND DECREED that if Defendants do not make a payment in accordance with the final judgment and permanent injunction, to which they have consented to the entry, or within 10 business days of written notice to him at the addresses provided below, by United States mail, (i) all amounts due under this final judgment shall become immediately due and payable, and (ii) Pearson, Wiley, Cengage and McGraw-Hill will be entitled, as a matter of

4

04/18/2008  16:23    2123328301                                                                    PAGE  12/22

Case 1:07-cv-07890-PKC    Document 23-2    Filed 04/18/2008    Page 6 of 8
Case 1:07-cv-07890-PKC    Document 21    Filed 03/05/2008    Page 5 of 48

right, to recover their attorney's fees in connection with the enforcement of this final judgment; and it is further

ORDEDED, ADJUDGED and DECREED that Defendants shall identify forthwith, under oath, to Pearson, Wiley, Cengage and McGraw-Hill the name and address of each entity from whom they have purchased the books that are the subject of this case; and it is further

ORDEDED, ADJUDGED and DECREED that Defendants shall provide an inventory, by plaintiff, of all foreign editions of the books of plaintiffs and shall make those books, appropriately packed for shipment, available forthwith for pickup by United Parcel Service, or a similar company, at 902 West 13th Street, Tempe, Arizona 85281 the cost of packing to be paid by Defendants and the cost of shipping to be paid by plaintiffs;

ORDERED, ADJUDGED and DECREED that except as set forth herein, Pearson, Wiley, Cengage and McGraw-Hill release any and all of their claims against Defendants and Defendants, jointly and severally, release any and all of their claims, if any, against Pearson, Wiley, Cengage and McGraw-Hill; and it is further

ORDERED, ADJUDGED and DECREED that the caption of this action be an hereby is amended as set forth above to

5

04/18/2008  16:23    2123328301                                                                PAGE   13/22

Case 1:07-cv-07890-PKC    Document 23-2    Filed 04/18/2008    Page 7 of 8
Case 1:07-cv-07890-PKC    Document 21    Filed 03/05/2008    Page 6 of 48

reflect the true identities of the parties and the true Defendants; and it is further

ORDERED, ADJUDGED and DECREED that claims of Pearson, Wiley, Cengage and McGraw-Hill against Defendants in this action be, and hereby are, dismissed with prejudice, except that the Court shall retain jurisdiction to enforce this final judgment and permanent injunction.

Dated: New York, New York
       March 5, 2008

_____
U.S.D.J.

6

04/18/2008 16:23 2123328301 PAGE 14/22

Case 1:07-cv-07890-PKC Document 23-2 Filed 04/18/2008 Page 8 of 8
Case 1:07-cv-07890-PKC Document 21 Filed 03/05/2008 Page 7 of 48

Consent to Entry

The parties, through their undersigned counsel hereby consent to the entry of the foregoing final judgment and permanent injunction.

Dated: New York, New York, February 28, 2008

DUNNEGAN LLC

By *William Dunnegan*
William Dunnegan (WD 9316)
Megan L. Martin (MM 4396)
Attorneys for Plaintiffs
 Pearson Education, Inc.
 John Wiley & Sons, Inc.
 Cengage Learning Inc. and
 The McGraw-Hill Companies, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

AMIGONE, SANCHEZ, MATTREY
& MARSHALL LLP

By _____
Christ Gaetanos (pro hac vice)
(Of counsel)
Attorneys for Defendants
1300 Main Place Tower
350 Main Street
Buffalo, New York 14202
(716) 852-1300

THE TEXTBOOK GUY LLC

By _____
Matthew Stirling
902 West 13th Street
Tempe, Arizona 85281

_____
Matthew Stirling
902 West 13th Street
Tempe, Arizona 85281

7