**Exhibit B**

**DUNNEGAN LLC**

ATTORNEYS AT LAW

350 FIFTH AVENUE

NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

April 2, 2008

Via Express Mail

Mr. Matthew Stirling
The Textbook Guy LLC
902 West 13th Street
Tempe, AZ 85281

ED067709975US

Re: Pearson v. Stirling

Dear Mr. Stirling:

    In accordance with the final judgment and permanent injunction by consent in the above action, we are writing to advise you that you are in default in making the $15,000 payment due on April 1, 2008.

    Unless payment is received within 10 business days of the date of this letter, plaintiffs will exercise their rights under this final judgment, including the right to accelerate all amounts due.

Very truly yours,

*William Dunnegan*

William Dunnegan

CC:  Mr. Christ Gaetanos, Esq.
     Attorney for Defendant
     Amigone, Sanchez, Mattrey & Marshall, LLP
     1300 Main Place Tower
     350 Main Street
     Buffalo, New York 14202

ED067709817US