**Exhibit C**

## William Dunnegan

**From:** Christ Gaetanos [cgaetanos@att.net]
**Sent:** Wednesday, April 02, 2008 2:47 PM
**To:** William Dunnegan
**Subject:** Stirling

Matt just wrote me to say that he is quite sick. I assume that I will not hear from him today about the payment.

C.


\*\*\*\*\*\*\*\*\*\*
Christ Gaetanos
Amigone, Sanchez, Mattrey & Marshall, LLP
1300 Main Place Tower
Buffalo, New York 14202
716-852-1300 (O)
       1344 (F)
    870-1366 (C)

CIRCULAR 230 NOTICE: Any tax advice contained herein (including in any attachments) is not intended to be used, and cannot be used, to (i) avoid penalties that may be imposed on a taxpayer or (ii) to promote, market or recommend any tax-related matter.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain confidential information, which belongs to the sender and which may be protected by the attorney-client or other legal privilege or right. If you are not an intended recipient, you are hereby notified that any copying, disclosure, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify me immediately at cgaetanos@att.net or cgaetanos@amigonesanchez.com and delete the original message. Thank you.

4/16/2008