**Exhibit D**

## William Dunnegan

**From:** Christ Gaetanos [cgaetanos@att.net]
**Sent:** Tuesday, April 15, 2008 11:16 AM
**To:** William Dunnegan
**Subject:** Kumar/Stirling

Bill:

    I was told that you called. Didn't check my message, but I can tell you that we did not get the $350 check for Valore on the Kumar subpoena and that Matt is having trouble w/funds. I will call you later, maybe tomorrow if I run out of time today.

C.


\*\*\*\*\*\*\*\*\*\*
Christ Gaetanos
Amigone, Sanchez, Mattrey & Marshall, LLP
1300 Main Place Tower
Buffalo, New York 14202
716-852-1300 (O)
      1344 (F)
    870-1366 (C)

CIRCULAR 230 NOTICE: Any tax advice contained herein (including in any attachments) is not intended to be used, and cannot be used, to (i) avoid penalties that may be imposed on a taxpayer or (ii) promote, market or recommend any tax-related matter.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain confidential information, which belongs to the sender and which may be protected by the attorney-client or other legal privilege or right. If you are not an intended recipient, you are hereby notified that any copying, disclosure, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify me immediately at cgaetanos@att.net or cgaetanos@amigonesanchez.com and delete the original message. Thank you.

4/16/2008