Declaration of Service

    GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    I am over the age of 18.

    On April 18th, 2008, I caused a true copy of the foregoing ORDER TO SHOW CAUSE to be served by Express Mail on the attorney for Defendant and Defendant:

    Christ Gaetanos, Esq.
    Amigone, Sanchez, Mattrey & Marshall, LLP
    1300 Main Street Tower
    Buffalo, New York 14202

    Matthew Stirling
    902 West 13th Street
    Tempe, Arizona 85281

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 18th day of April 2008.

                                              [signature]
                                              Gervaise Mourlet