Declaration of Service

GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On April 18th, 2008, I caused a true copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE FINAL JUDGMENT AND ADJUDGE DEFENDANT IN CONTEMPT to be served by Express Mail on the attorney for Defendant and Defendant:

Christ Gaetanos, Esq.
Amigone, Sanchez, Mattrey & Marshall, LLP
1300 Main Street Tower
Buffalo, New York 14202

Matthew Stirling
902 West 13th Street
Tempe, Arizona 85281

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of April 2008.

_____
Gervaise Mourlet