Declaration of Service

JENNIFER SIEWERT hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On April 25th, 2008, I caused a true copy of the foregoing REPLY MEMORANDUM to be served by Express Mail on the attorney for Defendant and Defendant:

Christ Gaetanos, Esq.
Amigone, Sanchez, Mattrey & Marshall, LLP
1300 Main Street Tower
Buffalo, New York 14202

Matthew Stirling
902 West 13th Street
Tempe, Arizona 85281

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of April 2008.

_____
Jennifer Siewert