Christ Gaetanos
**AMIGONE, SANCHEZ, MATTREY & MARSHALL, LLP**
1300 main Place Tower
350 Main Street
Buffalo, NY 14202
Ofc: 716-852-1300
E-mail: cgaetanos@att.net

Thomas H. Allen, State Bar #11160
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central, Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: tallen@asbazlaw.com

Attorneys for Matthew I. Stirling

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., JOHN WILEY & SONS, INC., CENGAGE LEARNING INC. AND THE MCGRAW-HILL COMPANIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW STIRLING D/B/A THETEXTBOOKGUY.COM and JOHN DOES NOS. 1-5,<br><br>Defendants. | Case No. 07-CV-7890(PKC)<br><br>**NOTICE OF BANKRUPTCY FILING** |

**NOTICE IS HEREBY GIVEN** that on April 28, 2008, Matthew I. Stirling, a Defendant herein ("Defendant"), filed a Voluntary Petition under Chapter 7 the United States Bankruptcy Code. A copy of the *Notice of Bankruptcy Case Filing* is attached hereto as **Exhibit A**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     **NOTICE IS FURTHER GIVEN** that pursuant to 11 U.S.C. § 362, the filing of a
2 bankruptcy petition stays all further proceedings outside the United States Bankruptcy Court
3 against Matthew I. Stirling.

4     DATED: April 28, 2008

                          **AMIGONE, SANCHEZ, MATTREY & MARSHALL, LLP**

                          s/ *Christ Gaetanos*
                          Christ Gaetanos
                          1300 Main Place Tower
                          350 Main Street
                          Buffalo, NY 14202
                          Attorneys for Matthew I. Stirling

                          **ALLEN, SALA & BAYNE, PLC**

                          s/ *Thomas H. Allen*
                          Thomas H. Allen
                          1850 N. Central Avenue, Suite 1150
                          Phoenix, Arizona 85004
                          Attorneys for Matthew I. Stirling

Copy of the foregoing mailed
this 29th day of April, 2008, to:

William Dunnegan, Esq.
Megan L. Martin, Esq.
**DUNNEGAN, LLC**
350 Fifth Avenue
New York, NY 10118
Attorneys for Plaintiff

*Christ Gaetanos*
Christ Gaetanos

United States Bankruptcy Court
District of Arizona

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/28/2008 at 12:52 PM and filed on 04/28/2008.

**MATTHEW I. STIRLING**
902 W. 13TH STREET
TEMPE, AZ 85281
SSN: xxx-xx-3394

The case was filed by the debtor's attorney:    The bankruptcy trustee is:

**THOMAS H. ALLEN**                              **DIANE M. MANN**
ALLEN, SALA & BAYNE, PLC                         PO BOX 12970
VIAD CORPORATE CENTER                            SCOTTSDALE, AZ 85267-2970
1850 N. CENTRAL AVE., #1150
PHOENIX, AZ 85004                                480-451-3053
602-256-6000

The case was assigned case number 2:08-bk-04797-CGC to Judge Charles G. Case.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.azb.uscourts.gov/index.html or at the Clerk's Office, U.S. Bankruptcy Court, Arizona, 230 North First Avenue, Suite 101, Phoenix, AZ 85003-1727, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

                                                             **Terrence S. Miller**
                                                             **Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/28/2008 13:26:33 | | |
| PACER Login: | as0201 | Client Code: | Stirling |

| Description: | Notice of Filing | Search Criteria: | 2:08-bk-04797-CGC |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.08 |