```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,            :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND           :
THE MCGRAW-HILL COMPANIES, INC.,
                                    :
                 Plaintiffs,
                                    :
        -against-                       07 Civ. 7890 (PKC)
                                    :
THE TEXTBOOK GUY LLC
D/B/A THETEXTBOOKGUY.COM,           :
MATTHEW STIRLING AND
JOHN DOES NOS. 1-5,                 :

                 Defendants.        :

- - - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-08

ORDER TO SHOW CAUSE

Upon the annexed declaration of William Dunnegan, sworn to June 4, 2008, and all prior proceedings herein, it is hereby ORDERED that defendant The Textbook Guy LLC ("TTG") SHOW CAUSE before Hon. P. Kevin Castel, United States District Judge, in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at 2 P.m. on June 20, 2008, or as soon thereafter as counsel may be heard, why an order pursuant to the inherent power of the Court should not be entered:

    (a) Enforcing the final judgment and permanent injunction entered in this action on March 5, 2008 ("Final Judgment") by compelling TTG to pay to plaintiffs forthwith

all amounts due under it, with interest and costs including attorneys' fees;

(b) Adjudging defendant TTG in contempt of the Final Judgment, for failing to make the payment to plaintiffs of $15,000 due April 1, 2008, and imposing appropriate coercive sanctions to compel compliance, including but not limited to coercive fines in an amount to be determined by the Court; and

(c) Granting such other and further relief as the Court deem just and proper.

Opposition papers, if any, shall be served and filed on or before __5__ p.m. on June _13_, 2008, with proof of service filed promptly thereafter.

Reply papers, if any, shall be served and filed on or before __5__ p.m. on June _17_, 2008, with proof of service filed promptly thereafter.

Let service of this order to show cause on TTG and its counsel be deemed good and sufficient if dispatched by United States Postal Service Express Mail to the addresses set forth below on or before __5__ p.m. on June _6_, 2008, with proof of

service filed promptly thereafter.

Dated:   New York, New York
         June 4, 2008

_____
P. Kevin Castel
U.S.D.J.

*On a supplemental memorandum to be served by 5pm June 9, plaintiff shall address the propriety of the contempt sanction for failure to pay money in a civil action as requested by a court order.*

TO:  Christ Gaetanos, Esq.
     AMIGONE, SANCHEZ, MATTREY
     & MARSHALL, LLP
     Attorneys for defendant
       Matthew Stirling
     300 Main Place Tower
     350 Main Street
     Buffalo, New York 14202
     (716) 852-1300

     The Textbook Guy LLC
     c/o Matthew Stirling
     200 Rosencrans Ave, Apt. A
     Manhattan Beach, CA 90266

3