Declaration of Service

NIKITAS NICOLAKIS hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On June 4th, 2008, I caused a true copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE FINAL JUDGMENT AND ADJUDGE DEFENDANT IN CONTEMPT to be served by Express Mail on the attorney for Defendant and Defendant:

Christ Gaetanos, Esq.
Amigone, Sanchez, Mattrey & Marshall, LLP
1300 Main Place Tower
350 Main Street
Buffalo, New York 14202

The Textbook Guy LLC
c/o Matthew Stirling
200 Rosencrans Ave., Apt. A
Manhattan Beach, California 90266

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June 2008.

_____
Nikitas Nicolakis