

Case 1:07-cv-07890-PKC     Document 31-3     Filed 06/06/2008     Page 1 of 2

**DUNNEGAN LLC**
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

April 16, 2008

Via Express Mail

Mr. Matthew Stirling
The Textbook Guy LLC
902 West 13th Street
Tempe, Arizona 85281

Re: Pearson v. Stirling

Dear Mr. Stirling:

In accordance with the final judgment and permanent injunction by consent entered in the above action on March 5, 2008 and the letter we sent to you on April 2, 2008, we are writing to advise you that we have not received your $15,000 payment due on April 1, 2008.

The grace period for making that payment has expired. Pearson Education, Inc., John Wiley & Son, Inc., Cengage Learning, Inc. and The McGraw-Hill Companies, Inc. hereby exercise their right to accelerate the remaining $36,000 due under the final judgment and permanent injunction and demand immediate payment of $51,000, as well as interest and attorneys' fees.

Very truly yours,

William Dunnegan

CC: Christ Gaetanos, Esq.
    Amigone, Sanchez, Mattrey & Marshall, LLP
    1300 Main Place Tower
    350 Main Street
    Buffalo, New York 14202