Declaration of Service
======================

NIKITAS NICOLAKIS hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On June 4th, 2008, I caused a true copy of the foregoing DECLARATION OF WILLIAM DUNNEGAN to be served by Express Mail on the attorney for Defendant and Defendant:

Christ Gaetanos, Esq.
Amigone, Sanchez, Mattrey & Marshall, LLP
1300 Main Place Tower
350 Main Street
Buffalo, New York 14202

The Textbook Guy LLC
c/o Matthew Stirling
200 Rosencrans Ave., Apt. A
Manhattan Beach, California 90266

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June 2008.

_____
Nikitas Nicolakis