## Declaration of Service

GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On June 9th, 2008, I caused a true copy of the foregoing PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO ADJUDGE THE TEXTBOOK GUY LLC IN CONTEMPT to be served by Certified Mail, Return Receipt Requested on the following:

> Christ Gaetanos, Esq.
> Amigone, Sanchez, Mattrey & Marshall, LLP
> 1300 Main Place Tower
> 350 Main Street
> Buffalo, New York 14202
>
> The Textbook Guy LLC
> c/o Matthew Stirling
> 200 Rosencrans Avenue, Apt. A
> Manhattan Beach, CA 90266

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of June 2008.

_____
GERVAISE MOURLET