# Form 1040  U.S. Individual Income Tax Return  2004

Department of the Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning , 2004, ending , 20

OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

**Label** (See instructions.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: Matthew I
Last name: Stirling
Your social security number: 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

If a joint return, spouse's first name and initial / Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.: 112 E College Ave
Apt. no.: 9

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.: State College PA 16801

**Important!** You must enter your SSN(s) above

**Presidential Election Campaign** (See instructions.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ...... You: ☐ Yes ☒ No   Spouse: ☐ Yes ☐ No

**Filing Status**  Check only one box.
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here ►
4. ☐ Head of household (with qualifying person). (See instr.) If qualifying person is a child but not your dependent, enter this child's name here ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☐ Spouse
- c Dependents: (1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) ☒ if qualifying child for child tax credit (see instr.)

Boxes checked on 6a and 6b: (blank)
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ► 1

If more than four dependents, see instructions

d Total number of exemptions claimed

**Income**

Attach Forms W-2 here. Also attach Form(s) W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2  SCH 3,500 | 3,500 |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a  0 | |
| 9a | Ordinary dividends. Attach Schedule B if required | 0 |
| 9b | Qualified dividends (see instructions)  0 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 0 |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | -3,216 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 272 |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions  15a  b Taxable amount (see instructions) | 15b 6,725 |
| 16a | Pensions and annuities  16a  b Taxable amount (see instructions) | 16b 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 1,111 |
| 18 | Farm income or (loss). Attach Schedule F | 0 |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  20a  b Taxable amount (see instructions) | 20b |
| 21 | Other income. List type and amount (see instructions) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 8,392 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions)  23 | 0 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ  24 | 0 |
| 25 | IRA deduction (see instructions)  25 | 0 |
| 26 | Student loan interest deduction (see instructions)  26 | 158 |
| 27 | Tuition and fees deduction (see instructions)  27 | 0 |
| 28 | Health savings account deduction. Attach Form 8889  28 | 0 |
| 29 | Moving expenses. Attach Form 3903  29 | 0 |
| 30 | One-half of self-employment tax. Attach Schedule SE  30 | 0 |
| 31 | Self-employed health insurance deduction (see instructions)  31 | 0 |
| 32 | Self-employed SEP, SIMPLE, and qualified plans  32 | 0 |
| 33 | Penalty on early withdrawal of savings  33 | 0 |
| 34a | Alimony paid  b Recipient's SSN ►  34a | |
| 35 | Add lines 23 through 34a | 158 |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ► | 8,234 |

KIA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   Form **1040** (2004)

Form 1040 (2004)  Matthew I Stirling                                      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          Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | 37 | 8,234 |

**Standard Deduction for—**
- People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instrucs
- All others:

Single or Married filing separately $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

| Line | Description | Amount |
|---|---|---|
| 38a | Check if: You were born before January 2, 1940, ☐ Blind. Spouse was born before January 2, 1940, ☐ Blind. Total boxes checked ▶ 38a | 0 |
| 38b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 38b ☐ | |
| 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 4,850 |
| 40 | Subtract line 39 from line 37 | 3,384 |
| 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions | 3,100 |
| 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 284 |
| 43 | Tax (see instructions) Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 15 |
| 44 | Alternative minimum tax (see instructions). Attach Form 6251 | 0 |
| 45 | Add lines 43 and 44 | 15 |
| 46 | Foreign tax credit. Attach Form 1116 if required | 0 |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | |
| 49 | Education Credits. Attach Form 8863 | 15 |
| 50 | Retirement savings contributions credit. Attach Form 8880 | 0 |
| 51 | Child tax credit (see instructions) | |
| 52 | Adoption credit. Attach Form 8839 | |
| 53 | Credits from: a ☐ Form 8396  b ☐ Form 8859 | 0 |
| 54 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify _____ | 0 |
| 55 | Add lines 46 through 54. These are your total credits | 15 |
| 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- | 0 |

| | | | |
|---|---|---|---|
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | 0 |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | 0 |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | 0 |
| | 60 | Advance earned income credit payments from Form(s) W-2 | 60 | 0 |
| | 61 | Household employment taxes. Attach Schedule H | 61 | 0 |
| | 62 | Add lines 56 through 61. This is your total tax | 62 | 0 |

| | | | |
|---|---|---|---|
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 | 63 | 0 |

If you have a qualifying child, attach Schedule EIC

| Line | Description | Amount |
|---|---|---|
| 64 | 2004 estimated tax payments and amount applied from 2003 return | 0 |
| 65a | Earned income credit (EIC) NO | 0 |
| b | Nontaxable combat pay election ▶ 65b | |
| 66 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 0 |
| 67 | Additional child tax credit. Attach Form 8812 | |
| 68 | Amount paid with request for extension to file (see instructions) | 0 |
| 69 | Other payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 0 |
| 70 | Add lines 63, 64, 65a, and 66 through 69. These are your total payments ▶ | 0 |

| | | | |
|---|---|---|---|
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | 71 | |

Direct deposit? See instructions and fill in 72b, 72c, and 72d.

| | | |
|---|---|---|
| 72a | Amount of line 71 you want refunded to you | 72a |
| b | Routing number XXXXXXXXX  c Type: ☐ Checking ☐ Savings | |
| d | Account number XXXXXXXXXXXXXXXX | |
| 73 | Amount of line 71 you want applied to your 2005 estimated tax   73 | |

| | | | |
|---|---|---|---|
| **Amount You Owe** | 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see the instructions | 74 | 0 |
| | 75 | Estimated tax penalty (see instructions)   75 | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following ☒ No

Designee's name ▶       Phone no. ▶       Personal indentification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledg

Joint return? See instructions

Keep a copy for your records.

| Your signature | Date | Your occupation Student | Daytime phone number 814-574-2583 |
|---|---|---|---|
| Spouse's signature  If a joint return, both must sign | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed address, and ZIP code) ▶ | | | EIN |
| | | | Phone no |

KIA                                                                                         Form **1040** (2004)

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** | OMB No 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.<br>▶ Attach to Form 1040 or 1041. ▶ See Instructions for Schedule C (Form 1040) | **2004**<br>Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Matthew I Stirling | 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 |

| A | Principal business or profession, including product or service (see the instructions)<br>Internet textbook retailer | B | Enter code from instructions<br>▶ 451211 |
|---|---|---|---|
| C | Business name. If no separate business name, leave blank.<br>The Textbook Guy, LLC | D | Employer ID number (EIN), if any<br>20-1813761 |

E  Business address (including suite or room no.) ▶ _____
   City, town or post office, state, and ZIP code

F  Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ _____

G  Did you "materially participate" in the operation of this business during 2004? If "No," see instructions for limit on losses  [X] Yes   [ ] No

H  If you started or acquired this business during 2004, check here . . . . . . . . . . . . ▶ [X]

### Part I  Income

| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see the instructions and check here ▶ [ ] | 1 | 0 |
|---|---|---|---|
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 0 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 0 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 0 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 154 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 154 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) | 9 | 0 | 20 | Rent or lease (see instructions): | | |
| | | | | a | Vehicles, machinery, & equipment | 20a | 0 |
| 10 | Commissions and fees | 10 | | b | Other business property | 20b | |
| 11 | Contract labor (see instructions) | 11 | 500 | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| 12 | Depletion | 12 | | 23 | Taxes and licenses | 23 | 125 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 614 | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | |
| | | | | b | Meals and entertainment | 177 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | c | Enter nondeductible amount included on line 24b (see instructions) | 89 | |
| 15 | Insurance (other than health) | 15 | | | | | |
| 16 | Interest: | | | d | Subtract line 24c from line 24b | 24d | 88 |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 | 804 |
| b | Other | 16b | | 26 | Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 17 | 260 | 27 | Other expenses (from line 48 on page 2) | 27 | 77 |
| 18 | Office expense | 18 | 902 | | | | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 3,370 |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | -3,216 |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | 0 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on **Form 1040, line 12**, and also on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go on to line 32. | 31 | -3,216 |

32  If you have a loss, check the box that describes your investment in this activity (see instructions).
    • If you checked 32a, enter the loss on **Form 1040, line 12**, and also on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
    • If you checked 32b, you **must** attach **Form 6198**.

    32a [X] All investment is at risk
    32b [ ] Some investment is not at risk.

KIA    For Paperwork Reduction Act Notice, see instructions.                    Schedule C (Form 1040) 2004

Schedule C (Form 1040) 2004   Matthew I Stirling   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   Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |

33  Methods(s) used to value closing inventory:  a [X] Cost   b [ ] Lower of cost or market   c [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 0 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 0 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | 0 |
| 38 | Materials and supplies | 38 | 0 |
| 39 | Other costs | 39 | 0 |
| 40 | Add lines 35 through 39 | 40 | 0 |
| 41 | Inventory at end of year | 41 | 0 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 0 |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562 |

43  When did you place your vehicle in service for business purposes? (month, day, year)  _____

44  Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

  a  Business _____   b  Commuting _____   c  Other _____

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . [ ] Yes  [ ] No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

  b If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. |

| | |
|---|---|
| Fraudulent Credit Card Charges | 77 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27    48 | 77 |

KIA   Schedule C (Form 1040) 2004

# Form 1040  Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return 2005  (99)   IRS Use Only—Do not write or staple in this space.
OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning         , 2005, ending         , 20

**Label** (See instructions.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: Matthew I
Last name: Stirling

If a joint return, spouse's first name and initial:
Last name:

Home address (number and street). If you have a P.O. box, see instructions.
902 W 13th St
Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
Tempe    AZ    85281

Your social security number: 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
Spouse's social security number:

**You must enter your SSN(s) above.**

Checking a box below will not change your tax or refund

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) . . . ▶ ☐ You    ☐ Spouse

**Filing Status**
Check only one box.

1. [X] Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . . .
   b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . .
   c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) X if qualifying child for child tax credit (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions.

Boxes checked on 6a and 6b: 1
No. of children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above
Add numbers on lines above ▶ 1

   d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Form(s) W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 0 |
| 8a | Taxable interest. Attach Schedule B if required | 44 |
| 8b | Tax-exempt interest. Do not include on line 8a | 0 |
| 9a | Ordinary dividends. Attach Schedule B if required | 28 |
| 9b | Qualified dividends (see instructions) | 0 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 0 |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 4,006 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions  15a          b Taxable amount (see instructions) 15b | 0 |
| 16a | Pensions and annuities  16a          b Taxable amount (see instructions) 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | 0 |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  20a          b Taxable amount (see instructions) 20b | |
| 21 | Other income. List type and amount (see instructions) _____ | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 4,078 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | 0 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 0 |
| 25 | Health savings account deduction. Attach Form 8889 | 0 |
| 26 | Moving expenses. Attach Form 3903 | 0 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 283 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 0 |
| 29 | Self-employed health insurance deduction (see instructions) | 898 |
| 30 | Penalty on early withdrawal of savings | 0 |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 0 |
| 32 | IRA deduction (see instructions) | 0 |
| 33 | Student loan interest deduction (see instructions) | 270 |
| 34 | Tuition and fees deduction (see instructions) | 0 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 0 |
| 36 | Add lines 23 through 31a and 32 through 35 | 1,451 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 2,627 |

KIA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form **1040** (2005)

Form 1040 (2005)  Matthew I Stirling                                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          Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 2,627 |

**Standard Deduction for—**
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instrucs.
- All others:
Single or Married filing separately $5,000
Married filing jointly or Qualifying widow(er), $10,000
Head of household, $7,300

| Line | Description | Value |
|---|---|---|
| 39a | Check if: You were born before January 2, 1941, ☐ Blind. / Spouse was born before January 2, 1941, ☐ Blind. Total boxes checked ▶ 39a | 0 |
| 39b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 5,000 |
| 41 | Subtract line 40 from line 38 | -2,373 |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d. | 3,200 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 0 |
| 44 | Tax (see instructions). Check if any tax is from   a ☐ Form(s) 8814   b ☐ Form 4972 | 0 |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 0 |
| 46 | Add lines 44 and 45 ▶ | 0 |
| 47 | Foreign tax credit. Attach Form 1116 if required .......... 47 | 0 |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 ..... 48 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R ....... 49 | |
| 50 | Education credits. Attach Form 8863 ............ 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 ...... 51 | 0 |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required ... 52 | |
| 53 | Adoption credit. Attach Form 8839 ............ 53 | |
| 54 | Credits from:   a ☐ Form 8396   b ☐ Form 8859 ........ 54 | 0 |
| 55 | Other credits. Check applicable box(es):   a ☐ Form 3800   b ☐ Form 8801   c ☐ Form _____ 55 | 0 |
| 56 | Add lines 47 through 55. These are your total credits | 0 |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 0 |

**Other Taxes**

| 58 | Self-employment tax. Attach Schedule SE | 566 |
|---|---|---|
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 0 |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 0 |
| 61 | Advance earned income credit payments from Form(s) W-2 | 0 |
| 62 | Household employment taxes. Attach Schedule H | 0 |
| 63 | Add lines 57 through 62. This is your total tax ▶ | 566 |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 64 | Federal income tax withheld from Forms W-2 and 1099 ........ 64 | 0 |
|---|---|---|
| 65 | 2005 estimated tax payments and amount applied from 2004 return .... 65 | 0 |
| 66a | Earned income credit (EIC) ............. 66a | 285 |
| b | Nontaxable combat pay election ▶ 66b | 0 |
| 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) .... 67 | 0 |
| 68 | Additional child tax credit. Attach Form 8812 ......... 68 | |
| 69 | Amount paid with request for extension to file (see instructions) ..... 69 | |
| 70 | Payments from:   a ☐ Form 2439   b ☐ Form 4136   c ☐ Form 8885 70 | 0 |
| 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ▶ | 285 |

**Refund**

Direct deposit? See instructions and fill in 73b, 73c, and 73d.

| 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid ▶ | |
| 73a | Amount of line 72 you want refunded to you | |
| b | Routing number  XXXXXXXXX    c Type: ☐ Checking  ☐ Savings | |
| d | Account number  XXXXXXXXXXXXXXXXX | |
| 74 | Amount of line 72 you want applied to your 2006 estimated tax ▶ 74 | |

**Amount You Owe**

| 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see the instructions ▶ | 281 |
|---|---|---|
| 76 | Estimated tax penalty (see instructions) ........... 76 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☐ Yes. Complete the following  ☒ No

Designee's name ▶                    Phone no. ▶                    Personal indentification number (PIN) ▶

**Sign Here**

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation   Self Employed | Daytime phone number   814-574-2583 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. | |

KIA                                                                     Form **1040** (2005)

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 **2005** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B. ▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Matthew I Stirling | 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 |

**A** Principal business or profession, including product or service (see the instructions)
Internet textbook retailer

**B** Enter code from instructions ▶ 451211

**C** Business name. If no separate business name, leave blank.
The Textbook Guy, LLC

**D** Employer ID number (EIN), if any
20-1813761

**E** Business address (including suite or room no.) ▶ _____
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2005? If "No," see instructions for limit on losses ...... [X] Yes  [ ] No

**H** If you started or acquired this business during 2005, check here ............................ ▶ [ ]

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see the instructions and check here ▶ [ ] | 1 | 141,189 |
| 2 | Returns and allowances | 2 | 4,681 |
| 3 | Subtract line 2 from line 1 | 3 | 136,508 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 84,429 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 52,079 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 401 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 52,480 |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising | 763 | 18 | Office expense | 18 | 4,266 |
| 9 | Car and truck expenses (see instructions) | 2,795 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 5,292 | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 19,395 | a | Vehicles, machinery, & equipment | 20a | 0 |
| | | | b | Other business property | 20b | 0 |
| 12 | Depletion | 0 | 21 | Repairs and maintenance | 21 | 336 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 1,405 | 22 | Supplies (not included in Part III) | 22 | 0 |
| | | | 23 | Taxes and licenses | 23 | 28 |
| 14 | Employee benefit programs (other than on line 19) | | 24 | Travel, meals, and entertainment: | | |
| 15 | Insurance (other than health) | 0 | a | Travel | 24a | 1,258 |
| 16 | Interest: | | b | Deductible meals and entertainment (see instructions) | 24b | 551 |
| a | Mortgage (paid to banks, etc.) | 0 | 25 | Utilities | 25 | 1,324 |
| b | Other | 1,009 | 26 | Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 1,500 | 27 | Other expenses (from line 48 on page 2) | 27 | 0 |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 39,922 |
|---|---|---|---:|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 12,558 |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | 8,552 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go on to line 32. | 31 | 4,006 |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

KIA    For Paperwork Reduction Act Notice, see instructions.    Schedule C (Form 1040) 2005

Schedule C (Form 1040) 2005   Matthew I Stirling   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   Page **2**

| Part III | Cost of Goods Sold (see instructions) |

**33** Methods(s) used to value closing inventory: **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ............ ☐ Yes ☐ No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 0 |
| 36 | Purchases less cost of items withdrawn for personal use | 177,836 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | 15,961 |
| 40 | Add lines 35 through 39 | 193,797 |
| 41 | Inventory at end of year | 109,368 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 84,429 |

| Part IV | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

**44** Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

  **a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

**45** Do you (or your spouse) have another vehicle available for personal use? ............ ☐ Yes ☐ No

**46** Was your vehicle available for personal use during off-duty hours? ............ ☐ Yes ☐ No

**47a** Do you have evidence to support your deduction? ............ ☐ Yes ☐ No

  **b** If "Yes," is the evidence written? ............ ☐ Yes ☐ No

| Part V | Other Expenses. List below business expenses not included on lines 8–26 or line 30. |

| | |
|---|---:|
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| **48** Total other expenses. Enter here and on page 1, line 27 | 0 |

KIA   Schedule C (Form 1040) 2005

| Form **1040** | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2006** | (99) | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning         , 2006, ending         , 20         OMB No. 1545-0074

| Label<br>(See instructions.)<br>Use the IRS label.<br>Otherwise, please print or type. | L A B E L  H E R E | Your first name and initial: Matthew I   Last name: Stirling | Your social security number: 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 |
|---|---|---|---|
| | | If a joint return, spouse's first name and initial   Last name | Spouse's social security number |
| | | Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.<br>902 W 13th St | ▲ You **must** enter your SSN(s) above. ▲ |
| | | City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.<br>Tempe                                         AZ  85281 | Checking a box below will not change your tax or refund |

Presidential Election Campaign ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

1 [X] Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a .......... } Boxes checked on 6a and 6b: 1
b ☐ Spouse .............................................
No. of children on 6c who:
• lived with you ____
• did not live with you due to divorce or separation (see instructions) ____
Dependents on 6c not entered above ____

c Dependents:
(1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) X if qualifying child for child tax credit (see instr.)

If more than four dependents, see instructions.

d Total number of exemptions claimed ......................... Add numbers on lines above ▶ 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 0 |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a   8b | 0 | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 0 |
| b | Qualified dividends (see instructions)   9b | 0 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 0 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -24,470 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a     b Taxable amount (see instructions) | 15b | 0 |
| 16a | Pensions and annuities   16a     b Taxable amount (see instructions) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | 0 |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a     b Taxable amount (see instructions) | 20b | |
| 21 | Other income. List type and amount (see instructions) _____ | 21 | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | -24,470 |

**Adjusted Gross Income**

| 23 | Archer MSA deduction. Attach Form 8853 | 23 | 0 |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | 0 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | 0 |
| 26 | Moving expenses. Attach Form 3903 | 26 | 0 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 0 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | 0 |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | 0 |
| 30 | Penalty on early withdrawal of savings | 30 | 0 |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | 0 |
| 33 | Student loan interest deduction (see instructions) | 33 | 611 |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | 0 |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 611 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | -25,081 |

KIA    **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**                Form **1040** (2006)

Form 1040 (2006)  Matthew I Stirling         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    Page **2**

| | | | Amount |
|---|---|---|---:|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | -25,081 |
| | 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ▶ 39a | 0 |
| | b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | |
| Standard Deduction for— | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 6,219 |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr. | 41 | Subtract line 40 from line 38 | -31,300 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 3,300 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 0 |
| • All others: | 44 | **Tax** (see instructions). Check if any tax is from  a ☐ Form(s) 8814  b ☐ Form 4972 | 0 |
| Single or Married filing separately, $5,150 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 0 |
| | 46 | Add lines 44 and 45 ▶ | 0 |
| | 47 | Foreign tax credit. Attach Form 1116 if required ... 47  0 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 ... 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R ... 49 | |
| Married filing jointly or Qualifying widow(er), $10,300 | 50 | Education credits. Attach Form 8863 ... 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 ... 51  0 | |
| | 52 | Residential energy credits. Attach Form 5695 ... 52 | |
| Head of household, $7,550 | 53 | Child tax credit (see instructions). Attach Form 8901 if required ... 53 | |
| | 54 | Credits from:  a ☐ Form 8396  b ☐ Form 8839  c ☐ Form 8859  54  0 | |
| | 55 | Other credits:  a ☐ Form 3800  b ☐ Form 8801  c ☐ Form ____  55  0 | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 0 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 0 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 0 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 0 |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 0 |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 0 |
| | 62 | Household employment taxes. Attach Schedule H | 0 |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 0 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 ... 64  0 | |
| | 65 | 2006 estimated tax payments and amount applied from 2005 return ... 65  0 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)**   NO  66a  0 | |
| | b | Nontaxable combat pay election ▶ 66b | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) ... 67  0 | |
| | 68 | Additional child tax credit. Attach Form 8812 ... 68 | |
| | 69 | Amount paid with request for extension to file (see instructions) ... 69 | |
| | 70 | Payments from:  a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885  70  0 | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required  71  30 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 30 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 30 |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 30 |
| | b | Routing number  XXXXXXXXX  ▶ c Type: ☐ Checking ☐ Savings | |
| | d | Account number  XXXXXXXXXXXXXXXXX | |
| | 75 | Amount of line 73 you want **applied to your 2007 estimated tax** ▶  75 | 0 |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see the instructions ▶ | |
| | 77 | Estimated tax penalty (see instructions) ... 77 | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☐ Yes. Complete the following  ☒ **No**
Designee's name ▶        Phone no. ▶        Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature    Date    Your occupation: Self Employed    Daytime phone number: 814-574-2583
Spouse's signature. If a joint return, **both** must sign.    Date    Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ▶        Date    Check if self-employed ☐    Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶        EIN        Phone no.

KIA                            Form **1040** (2006)

| SCHEDULES A&B (Form 1040) | | Schedule A—Itemized Deductions (Schedule B is on page 2) | | | OMB No. 1545-0074 **2006** |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ▶ Attach to Form 1040.     ▶ See Instructions for Schedules A&B (Form 1040). | | | Attachment Sequence No. 07 |
| Name(s) shown on Form 1040: Matthew I Stirling | | | | | Your social security number: 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 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | 1 | Caution. Do not include expenses reimbursed or paid by others.<br>Medical and dental expenses (see instructions) | 1 | 3,591 | | |
| | 2 | Enter amount from Form 1040, line 38 .. \| 2 \| -25,081 | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 0 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 3,591 |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 0 | | |
| | 6 | Real estate taxes (see instructions) | 6 | 188 | | |
| | 7 | Personal property taxes | 7 | 0 | | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | 0 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 188 |
| **Interest You Paid** (See instructions.) Note: Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 2,440 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | 0 | | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | 0 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instructions.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 2,440 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 0 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 16 | 0 | | |
| | 17 | Carryover from prior year | 17 | 360 | | |
| | 18 | Add lines 15 through 17 | | | 18 | 0 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | 0 |
| **Job Expenses and Other Miscellaneous Deductions** (See instructions.) | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ _____ | 20 | 0 | | |
| | 21 | Tax preparation fees | 21 | | | |
| | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ _____ | 22 | 0 | | |
| | 23 | Add lines 20 through 22 | 23 | 0 | | |
| | 24 | Enter amount from Form 1040, line 38 .. \| 24 \| -25,081 | | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 0 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other—from list in the instructions. List type and amount▶ _____ | | | 27 | 0 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 38, over $150,500 (over $75,250 if married filing separately)?<br>[X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40.<br>[ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter | | | 28 | 6,219 |
| | 29 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ [ ] | | | | |

KIA    For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule A (Form 1040) 2006

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041.    ▶ See Instructions for Schedule C (Form 1040). | **2006** Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Matthew I Stirling | 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 |

**A** Principal business or profession, including product or service (see the instructions)
  Internet textbook retailer
**B** Enter code from instructions ▶

**C** Business name. If no separate business name, leave blank.
  The Textbook Guy, LLC
**D** Employer ID number (EIN), if any
  20-1813761

**E** Business address (including suite or room no.) ▶ 902 W 13th St
  City, town or post office, state, and ZIP code   Tempe   AZ   85281

**F** Accounting method:  (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2006? If "No," see instructions for limit on losses ...... [X] Yes  [ ] No

**H** If you started or acquired this business during 2006, check here ................ ▶ [ ]

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see the instructions and check here ▶ [ ] | 1 | 227,583 |
| 2 | Returns and allowances | 2 | 6,626 |
| 3 | Subtract line 2 from line 1 | 3 | 220,957 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 156,857 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 64,100 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 26 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 64,126 |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---:|---:|---|---|---:|---:|
| 8 | Advertising | 8 | 1,249 | 18 | Office expense | 18 | 3,278 |
| 9 | Car and truck expenses (see instructions) | 9 | 1,988 | 19 | Pension and profit-sharing plans | 19 | 0 |
| 10 | Commissions and fees | 10 | 17,280 | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 31,709 | a | Vehicles, machinery, & equipment | 20a | 0 |
| 12 | Depletion | 12 | 0 | b | Other business property | 20b | 0 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 1,774 | 21 | Repairs and maintenance | 21 | 823 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 0 |
| | | | | 23 | Taxes and licenses | 23 | 257 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | 0 | a | Travel | 24a | 385 |
| 15 | Insurance (other than health) | 15 | 0 | b | Deductible meals and entertainment (see instructions) | 24b | 765 |
| 16 | Interest: | | | 25 | Utilities | 25 | 5,066 |
| a | Mortgage (paid to banks, etc.) | 16a | 0 | 26 | Wages (less employment credits) | 26 | 0 |
| b | Other | 16b | 8,879 | 27 | Other expenses (from line 48 on page 2) | 27 | 0 |
| 17 | Legal and professional services | 17 | 837 | | | | |

| | | | |
|---|---|---|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 74,290 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | -10,164 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | 14,306 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
|    | • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 | -24,470 |
|    | • If a loss, you must go on to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
|    | • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | 32a [X] | All investment is at risk. |
|    | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32b [ ] | Some investment is not at risk. |

KIA   For Paperwork Reduction Act Notice, see instructions.   Schedule C (Form 1040) 2006

**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return 2007** | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20    OMB No. 1545-0074

**Label** (See instructions.)
Use the IRS label. Otherwise, please print or type.

Your first name and initial: Matthew I
Last name: Stirling
Your social security number: 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

If a joint return, spouse's first name and initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.
200 Rosecrans Ave
Apt. no. A

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
Manhattan Beach    CA    90266

▲ You **must** enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status** Check only one box.
1 [X] Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person) (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse
Boxes checked on 6a and 6b: 1
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

c Dependents:
(1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) X if qualifying child for child tax credit (see instr.)

If more than four dependents, see instructions.

d Total number of exemptions claimed ....  Add numbers on lines above ▶ 1

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ........ 7 | 0
8a Taxable interest. Attach Schedule B if required ........ 8a | 92
b Tax-exempt interest. **Do not** include on line 8a .... 8b | 0
9a Ordinary dividends. Attach Schedule B if required ..... 9a | 0
b Qualified dividends (see instructions) ..... 9b | 0
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ... 10 | 25
11 Alimony received .... 11 |
12 Business income or (loss). Attach Schedule C or C-EZ ... 12 | -67,551
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ 13 | 0
14 Other gains or (losses). Attach Form 4797 ... 14 |
15a IRA distributions 15a | b Taxable amount (see inst.) 15b | 0
16a Pensions and annuities 16a | b Taxable amount (see inst.) 16b | 0
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... 17 |
18 Farm income or (loss). Attach Schedule F ... 18 | 0
19 Unemployment compensation ... 19 |
20a Social security benefits 20a | b Taxable amount (see inst.) 20b |
21 Other income. List type and amount (see instructions) _____ 21 | 0
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ 22 | -67,434

**Adjusted Gross Income**

23 Educator expenses (see instructions) ... 23 | 0
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ .. 24 | 0
25 Health savings account deduction. Attach Form 8889 ..... 25 | 0
26 Moving expenses. Attach Form 3903 ... 26 | 0
27 One-half of self-employment tax. Attach Schedule SE ... 27 | 0
28 Self-employed SEP, SIMPLE, and qualified plans ... 28 | 0
29 Self-employed health insurance deduction (see instructions) ... 29 | 0
30 Penalty on early withdrawal of savings ... 30 | 0
31a Alimony paid b Recipient's SSN ▶ _____ 31a |
32 IRA deduction (see instructions) ... 32 | 0
33 Student loan interest deduction (see instructions) ... 33 | 468
34 Tuition and fees deduction. Attach Form 8917 ... 34 |
35 Domestic production activities deduction. Attach Form 8903 ... 35 | 0
36 Add lines 23 through 31a and 32 through 35 ... 36 | 468
37 Subtract line 36 from line 22. This is your **adjusted gross income** ▶ 37 | -67,902

KIA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form **1040** (2007)

Form 1040 (2007)   Matthew I Stirling                                              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          Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | -67,902 |
| | 39a | Check if: ☐ You were born before January 2, 1943,  ☐ Blind.  ☐ Spouse was born before January 2, 1943,  ☐ Blind. Total boxes checked ▶ 39a | 0 | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instr. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 5,350 |
| | 41 | Subtract line 40 from line 38 | 41 | -73,252 |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet in the instructions | 42 | 3,400 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| • All others: | 44 | **Tax** (see instructions). Check if any tax is from a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form(s) 8889 | 44 | 0 |
| Single or Married filing separately, $5,350 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | 0 |
| | 46 | Add lines 44 and 45 ▶ | 46 | 0 |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 ........ 47 | | |
| Married filing jointly or Qualifying widow(er), $10,700 | 48 | Credit for the elderly or the disabled. Attach Schedule R ........ 48 | | |
| | 49 | Education credits. Attach Form 8863 ........ 49 | | |
| | 50 | Residential energy credits. Attach Form 5695 ........ 50 | | |
| | 51 | Foreign tax credit. Attach Form 1116 if required ........ 51 | 0 | |
| Head of household, $7,850 | 52 | Child tax credit (see instructions). Attach Form 8901 if required ........ 52 | | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 ........ 53 | 0 | |
| | 54 | Credits from: a ☐ Form 8396   b ☐ Form 8859   c ☐ Form 8839  54 | 0 | |
| | 55 | Other credits: a ☐ Form 3800   b ☐ Form 8801   c ☐ Form _____  55 | 0 | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | 0 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | 0 |
| | 59 | Unreported social security and Medicare tax from:  a ☐ Form 4137   b ☐ Form 8919 | 59 | 0 |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | 0 |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | 0 |
| | 62 | Household employment taxes. Attach Schedule H | 62 | 0 |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 0 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 ........ 64 | 0 | |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2007 estimated tax payments and amount applied from 2006 return ........ 65 | 0 | |
| | 66a | **Earned income credit (EIC)**  NO  66a | | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) ........ 67 | 0 | |
| | 68 | Additional child tax credit. Attach Form 8812 ........ 68 | | |
| | 69 | Amount paid with request for extension to file (see instructions) ........ 69 | | |
| | 70 | Payments from:  a ☐ Form 2439   b ☐ Form 4136   c ☐ Form 8885  70 | 0 | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 ... 71 | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 72 | 0 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| | b | Routing number  XXXXXXXXX   ▶ c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number  XXXXXXXXXXXXXXXXX | | |
| | 75 | Amount of line 73 you want **applied to your 2008 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see the instructions ▶ | 76 | 0 |
| | 77 | Estimated tax penalty (see instructions) ........ 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete the following ☒ **No** | | | |
| | Designee's name ▶            Phone no. ▶            Personal indentification number (PIN) ▶ | | | |
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge | | | |
| Joint return? See instructions | Your signature | Date | Your occupation  Self Employed | Daytime phone number  480-273-1344 |
| Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | | Phone no. | |

KIA                                                                                                                                                            Form **1040** (2007)

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** | OMB No 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040, 1040NR, or 1041.    ▶ See Instructions for Schedule C (Form 1040). | **2007**<br>Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Matthew I Stirling | 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 |

| A | Principal business or profession, including product or service (see the instructions)<br>Internet textbook retailer | B | Enter code from instructions<br>▶ 451211 |
|---|---|---|---|
| C | Business name. If no separate business name, leave blank<br>The Textbook Guy, LL | D | Employer ID number (EIN), if any<br>20-1813761 |

E  Business address (including suite or room no.)    ▶    902 W 13th St
   City, town or post office, state, and ZIP code         Tempe                                AZ    85281

F  Accounting method:    (1) [X] Cash    (2) [ ] Accrual    (3) [ ] Other (specify) ▶ _____

G  Did you "materially participate" in the operation of this business during 2007? If "No," see instructions for limit on losses    [X] Yes    [ ] No

H  If you started or acquired this business during 2007, check here    ▶ [ ]

**Part I    Income**

| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see the instructions and check here    ▶ [ ] | 1 | 259,760 |
|---|---|---|---|
| 2 | Returns and allowances | 2 | 16,430 |
| 3 | Subtract line 2 from line 1 | 3 | 243,330 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 150,006 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 93,324 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 0 |
| 7 | Gross income. Add lines 5 and 6    ▶ | 7 | 93,324 |

**Part II    Expenses.** Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising | 8 | 4,018 | 18 | Office expense | 18 | 4,200 |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) | 9 | 2,426 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | 38,790 | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 47,925 | a | Vehicles, machinery, & equipment | 20a | 0 |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 228 | 21 | Repairs and maintenance | 21 | 542 |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | 2,995 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 1,460 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see instructions) | 24b | 586 |
| 15 | Insurance (other than health) | 15 | 474 | 25 | Utilities | 25 | 4,975 |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 0 |
| b | Other | 16b | 18,954 | | | | |
| 17 | Legal and professional services | 17 | 15,130 | | | | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns    ▶ | 28 | 142,703 |
|---|---|---|---|
| 29 | Tentative profit (loss) Subtract line 28 from line 7 | 29 | -49,379 |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | 18,172 |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | -67,551 |

32  If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a [X] All investment is at risk
32b [ ] Some investment is not at risk

KIA    For Paperwork Reduction Act Notice, see the instructions.    Schedule C (Form 1040) 2007

Schedule C (Form 1040) 2007   Matthew I Stirling   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   Page **2**

### Part III — Cost of Goods Sold (see instructions)

33. Method(s) used to value closing inventory:  **a** [X] Cost  **b** [ ] Lower of cost or market  **c** [ ] Other (attach explanation)

34. Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

| Line | Description | Amount |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 72,316 |
| 36 | Purchases less cost of items withdrawn for personal use | 107,032 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | 23,701 |
| 40 | Add lines 35 through 39 | 203,049 |
| 41 | Inventory at end of year | 53,043 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 150,006 |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43. When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44. Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:

  **a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

45. Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

46. Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

47a. Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

  **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

### Part V — Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---:|
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| 48. Total other expenses. Enter here and on page 1, line 27 | 0 |

KIA                                              Schedule C (Form 1040) 2007