3:02 PM
10/30/07
Accrual Basis

# The Textbook Guy
## Balance Sheet
### As of October 30, 2007

|  | Oct 30, 07 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Chase Checking (0317) | 5,166.01 |
| PayPal | 6,516.32 |
| Petty Cash | 67.00 |
| PNC Checking (5064) | 12,754.89 |
| **Total Checking/Savings** | 24,504.22 |
| **Accounts Receivable** | |
| Accounts Receivable | 20,079.37 |
| **Total Accounts Receivable** | 20,079.37 |
| **Other Current Assets** | |
| Inventory | 58,941.84 |
| **Total Other Current Assets** | 58,941.84 |
| **Total Current Assets** | 103,525.43 |
| **Fixed Assets** | |
| **Equipment** | |
| Computer Equipment | 4,794.27 |
| **Total Equipment** | 4,794.27 |
| Vehicles | 3,675.00 |
| **Total Fixed Assets** | 8,469.27 |
| **TOTAL ASSETS** | **111,994.70** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 14,049.49 |
| Salaries Payable | 41,158.65 |
| **Total Accounts Payable** | 55,208.14 |
| **Credit Cards** | |
| Advanta (7422) | 6,206.70 |
| AmEx Blue (1000) | 4,663.01 |
| AmEx Business (1002) | 3,743.94 |
| AmEx Simply (1003) | 6,108.66 |
| B of A L.O.C (7120) | 15,108.60 |
| Bank of America (4373) | 16,389.17 |
| Bank of America (8216) | 13,239.68 |
| Capital One (0587) | 1,291.13 |
| Capital One (6958) | 2,002.50 |
| Chase Business (0181) | 11,418.99 |
| Chase Business (7105) | 9,688.17 |
| Chase L.O.C. (4002) | 25,122.32 |
| CitiBusiness (3307) | 19,097.35 |
| Discover (0169) | 14,048.75 |
| First Equity (7365) | 16,348.90 |
| PNC L.O.C. (4173) | 6,796.87 |
| Wells Fargo (0315) | 5,091.59 |
| **Total Credit Cards** | 176,366.33 |
| **Total Current Liabilities** | 231,574.47 |

3:02 PM
10/30/07
Accrual Basis

# The Textbook Guy
## Balance Sheet
### As of October 30, 2007

|  | Oct 30, 07 |
|---|---|
| **Long Term Liabilities** | |
|   Loan Payable | |
|     PNC Bank Commercial Loan | 49,586.64 |
|   Total Loan Payable | 49,586.64 |
| **Total Long Term Liabilities** | 49,586.64 |
| **Total Liabilities** | 281,161.11 |
| **Equity** | |
|   Opening Bal Equity | 5,000.00 |
|   Owner's Capital | |
|     Owner's Draw | -172,941.57 |
|     Owner's Investment | 172,941.57 |
|   Total Owner's Capital | 0.00 |
|   Retained Earnings | -85,202.24 |
|   Net Income | -88,964.17 |
| **Total Equity** | -169,166.41 |
| **TOTAL LIABILITIES & EQUITY** | 111,994.70 |

| 10:33 PM<br>06/12/08<br>Accrual Basis | **The Textbook Guy**<br>**Balance Sheet**<br>As of March 1, 2008 | |
|---|---|---|
| | | Mar 1, 08 |
| **ASSETS** | | |
|   Current Assets | | |
|     Checking/Savings | | |
|       Chase Checking (0317) | | -1,163.08 |
|       M&I Bank | | 3,661.82 |
|       PayPal | | 292.04 |
|     Total Checking/Savings | | 2,790.78 |
|     Accounts Receivable | | |
|       Accounts Receivable | | -1,501.40 |
|     Total Accounts Receivable | | -1,501.40 |
|     Other Current Assets | | |
|       Inventory | | 49,946.28 |
|     Total Other Current Assets | | 49,946.28 |
|   Total Current Assets | | 51,235.66 |
|   Fixed Assets | | |
|     Equipment | | |
|       Computer Equipment | | 297.79 |
|       Equipment - Other | | -297.79 |
|     Total Equipment | | 0.00 |
|   Total Fixed Assets | | 0.00 |
| **TOTAL ASSETS** | | **51,235.66** |
| **LIABILITIES & EQUITY** | | |
|   Liabilities | | |
|     Current Liabilities | | |
|       Accounts Payable | | |
|         Accounts Payable | | 12,598.58 |
|         Salaries Payable | | 32,409.48 |
|       Total Accounts Payable | | 45,008.06 |
|       Credit Cards | | |
|         Advanta (7422) | | 7,043.72 |
|         AmEx Blue (1000) | | 5,552.74 |
|         AmEx Business (1002) | | 4,220.87 |
|         AmEx Simply (1003) | | 6,944.18 |
|         B of A L.O.C (7120) | | 16,462.89 |
|         Bank of America (4373) | | 17,990.96 |
|         Bank of America (8216) | | 13,894.33 |
|         Capital One (0587) | | 1,728.47 |
|         Capital One (6958) | | 2,374.81 |
|         Chase Business (0181) | | 12,087.50 |
|         Chase Business (7105) | | 10,292.42 |
|         Chase L.O.C. (4002) | | 25,776.27 |
|         CitiBusiness (3307) | | 19,952.34 |
|         Discover (0169) | | 15,385.88 |
|         First Equity (7365) | | 18,236.04 |
|         PNC L.O.C. (4173) | | 7,117.37 |
|         Wells Fargo (0315) | | 5,658.83 |
|       Total Credit Cards | | 190,719.62 |
|     Total Current Liabilities | | 235,727.68 |

10:33 PM
06/12/08
Accrual Basis

# The Textbook Guy
## Balance Sheet
### As of March 1, 2008

|  | Mar 1, 08 |
|---|---:|
| **Long Term Liabilities** | |
|   Loan Payable | |
|     PNC Bank Commercial Loan | 51,378.87 |
|   Total Loan Payable | 51,378.87 |
| **Total Long Term Liabilities** | 51,378.87 |
| **Total Liabilities** | 287,106.55 |
| **Equity** | |
|   Opening Bal Equity | 5,000.00 |
|   Owner's Capital | |
|     Owner's Draw | -193,302.57 |
|     Owner's Investment | 194,802.57 |
|   Total Owner's Capital | 1,500.00 |
|   Retained Earnings | -207,583.50 |
|   Net Income | -34,787.39 |
| **Total Equity** | -235,870.89 |
| **TOTAL LIABILITIES & EQUITY** | 51,235.66 |

10:32 PM  
06/12/08  
Accrual Basis  

# The Textbook Guy
## Balance Sheet
### As of April 1, 2008

|  | Apr 1, 08 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Chase Checking (0317) | -1,163.08 |
|       M&I Bank | 305.04 |
|       PayPal | 257.63 |
|     **Total Checking/Savings** | -600.41 |
|     **Accounts Receivable** | |
|       Accounts Receivable | -1,690.96 |
|     **Total Accounts Receivable** | -1,690.96 |
|     **Other Current Assets** | |
|       Inventory | 1,667.21 |
|       Undeposited Funds | 189.56 |
|     **Total Other Current Assets** | 1,856.77 |
|   **Total Current Assets** | -434.60 |
|   **Fixed Assets** | |
|     **Equipment** | |
|       Computer Equipment | 297.79 |
|       Equipment - Other | -297.79 |
|     **Total Equipment** | 0.00 |
|   **Total Fixed Assets** | 0.00 |
| **TOTAL ASSETS** | **-434.60** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 12,598.58 |
|         Salaries Payable | 32,409.48 |
|       **Total Accounts Payable** | 45,008.06 |
|       **Credit Cards** | |
|         Advanta (7422) | 7,254.87 |
|         AmEx Blue (1000) | 5,759.29 |
|         AmEx Business (1002) | 4,360.40 |
|         AmEx Simply (1003) | 7,178.68 |
|         B of A L.O.C (7120) | 16,462.89 |
|         Bank of America (4373) | 18,473.77 |
|         Bank of America (8216) | 13,894.33 |
|         Capital One (0587) | 1,805.93 |
|         Capital One (6958) | 2,452.97 |
|         Chase Business (0181) | 12,259.77 |
|         Chase Business (7105) | 10,491.49 |
|         Chase L.O.C. (4002) | 26,025.08 |
|         CitiBusiness (3307) | 19,952.34 |
|         Discover (0169) | 15,734.99 |
|         First Equity (7365) | 18,743.49 |
|         PNC L.O.C. (4173) | 7,141.58 |
|         Wells Fargo (0315) | 5,658.83 |
|       **Total Credit Cards** | 193,650.70 |
|     **Total Current Liabilities** | 238,658.76 |

10:32 PM
06/12/08
Accrual Basis

# The Textbook Guy
## Balance Sheet
### As of April 1, 2008

|  | Apr 1, 08 |
|---|---:|
| **Long Term Liabilities** | |
|   Loan Payable | |
|     PNC Bank Commercial Loan | 51,378.87 |
|   **Total Loan Payable** | 51,378.87 |
| **Total Long Term Liabilities** | 51,378.87 |
| **Total Liabilities** | 290,037.63 |
| **Equity** | |
|   Opening Bal Equity | 5,000.00 |
|   Owner's Capital | |
|     Owner's Draw | -196,802.57 |
|     Owner's Investment | 194,802.57 |
|   **Total Owner's Capital** | -2,000.00 |
|   Retained Earnings | -207,583.50 |
|   Net Income | -85,888.73 |
| **Total Equity** | -290,472.23 |
| **TOTAL LIABILITIES & EQUITY** | **-434.60** |

| | |
|---|---|
| 10:31 PM | **The Textbook Guy** |
| 06/12/08 | **Balance Sheet** |
| Accrual Basis | As of June 12, 2008 |

|  | Jun 12, 08 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Chase Checking (0317) | -1,163.08 |
|       M&I Bank | 116.95 |
|       PayPal | 311.61 |
|     **Total Checking/Savings** | -734.52 |
|     **Accounts Receivable** | |
|       Accounts Receivable | 24.50 |
|     **Total Accounts Receivable** | 24.50 |
|     **Other Current Assets** | |
|       Inventory | 1,667.21 |
|       Undeposited Funds | 189.56 |
|     **Total Other Current Assets** | 1,856.77 |
|   **Total Current Assets** | 1,146.75 |
|   **Fixed Assets** | |
|     **Equipment** | |
|       Computer Equipment | 297.79 |
|       Equipment - Other | -297.79 |
|     **Total Equipment** | 0.00 |
|   **Total Fixed Assets** | 0.00 |
| **TOTAL ASSETS** | **1,146.75** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 12,598.58 |
|         Salaries Payable | 32,409.48 |
|       **Total Accounts Payable** | 45,008.06 |
|       **Credit Cards** | |
|         Advanta (7422) | 7,477.37 |
|         AmEx Blue (1000) | 5,966.44 |
|         AmEx Business (1002) | 4,360.40 |
|         AmEx Simply (1003) | 7,178.68 |
|         B of A L.O.C (7120) | 16,462.89 |
|         Bank of America (4373) | 18,473.77 |
|         Bank of America (8216) | 13,894.33 |
|         Capital One (0587) | 1,883.93 |
|         Capital One (6958) | 2,529.24 |
|         Chase Business (0181) | 12,354.36 |
|         Chase Business (7105) | 10,573.91 |
|         Chase L.O.C. (4002) | 26,462.43 |
|         CitiBusiness (3307) | 19,952.34 |
|         Discover (0169) | 16,099.33 |
|         First Equity (7365) | 18,743.49 |
|         PNC L.O.C. (4173) | 7,204.83 |
|         Wells Fargo (0315) | 5,658.83 |
|       **Total Credit Cards** | 195,276.57 |
|     **Total Current Liabilities** | 240,284.63 |

10:31 PM
06/12/08
Accrual Basis

# The Textbook Guy
## Balance Sheet
### As of June 12, 2008

|  | Jun 12, 08 |
|---|---:|
| **Long Term Liabilities** | |
|   **Loan Payable** | |
|     PNC Bank Commercial Loan | 51,378.87 |
|   **Total Loan Payable** | 51,378.87 |
| **Total Long Term Liabilities** | 51,378.87 |
| **Total Liabilities** | 291,663.50 |
| **Equity** | |
|   Opening Bal Equity | 5,000.00 |
|   **Owner's Capital** | |
|     Owner's Draw | -196,802.57 |
|     Owner's Investment | 196,802.57 |
|   **Total Owner's Capital** | 0.00 |
|   Retained Earnings | -207,583.50 |
|   Net Income | -87,933.25 |
| **Total Equity** | -290,516.75 |
| **TOTAL LIABILITIES & EQUITY** | 1,146.75 |