**DUNNEGAN LLC**

ATTORNEYS AT LAW

350 FIFTH AVENUE

NEW YORK, NEW YORK 10118

212-332-8300

212-332-8301 TELECOPIER

April 2, 2008

<u>Via Express Mail</u>

Mr. Matthew Stirling
The Textbook Guy LLC
902 West 13th Street
Tempe, AZ 85281

                Re: <u>Pearson v. Stirling</u>

Dear Mr. Stirling:

    In accordance with the final judgment and permanent injunction by consent in the above action, we are writing to advise you that you are in default in making the $15,000 payment due on April 1, 2008.

    Unless payment is received within 10 business days of the date of this letter, plaintiffs will exercise their rights under this final judgment, including the right to accelerate all amounts due.

                                  Very truly yours,

                                  William Dunnegan

CC:  Mr. Christ Gaetanos, Esq.
     Attorney for Defendant
     Amigone, Sanchez, Mattrey & Marshall, LLP
     1300 Main Place Tower
     350 Main Street
     Buffalo, New York 14202

# DUNNEGAN LLC
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

April 16, 2008

<u>Via Express Mail</u>

Mr. Matthew Stirling
The Textbook Guy LLC
902 West 13th Street
Tempe, Arizona 85281

Re: <u>Pearson v. Stirling</u>

Dear Mr. Stirling:

In accordance with the final judgment and permanent injunction by consent entered in the above action on March 5, 2008 and the letter we sent to you on April 2, 2008, we are writing to advise you that we have not received your $15,000 payment due on April 1, 2008.

The grace period for making that payment has expired. Pearson Education, Inc., John Wiley & Son, Inc., Cengage Learning, Inc. and The McGraw-Hill Companies, Inc. hereby exercise their right to accelerate the remaining $36,000 due under the final judgment and permanent injunction and demand immediate payment of $51,000, as well as interest and attorneys' fees.

Very truly yours,

William Dunnegan

CC: Christ Gaetanos, Esq.
    Amigone, Sanchez, Mattrey & Marshall, LLP
    1300 Main Place Tower
    350 Main Street
    Buffalo, New York 14202