NICHOLAS P. AMIGONE, III
ARTHUR G. BAUMEISTER, JR.
DAVID W. BEYER
STEPHEN E. CAVANAUGH
RICHARD A CLACK
MICHAEL D. DENZ*
ROBERT I. JADD*◊
WILLIAM H. MATTREY
B. P. OLIVERIO
JACK M. SANCHEZ
VINCENT J. SANCHEZ

* ALSO MEMBER FLORIDA BAR
** ALSO MEMBER WEST VIRGINIA BAR
◊ ALSO MEMBER MASSACHUSETTS BAR

# Amigone, Sanchez, Mattrey & Marshall, LLP

Attorneys and Counsellors at Law

1300 MAIN PLACE TOWER
350 MAIN STREET
BUFFALO, NEW YORK 14202-3713

(716) 852-1300
FAX: (716) 852-1344
FAX: (716) 852-1355

OF COUNSEL
DAVID BUCH
CHRIST GAETANOS**
PHILIP M. MARSHALL
NICHOLAS L. LoCICERO

February 29, 2008

**VIA FEDERAL EXPRESS**

William Dunnegan, Esq.
350 Fifth Avenue, Ste. 4908
New York, New York 10118

Re: Pearson Education, *et al.* v. The Textbook Guy LLC, *et al.*

Dear Bill:

Enclosed is an M&I Official Check numbered 701916997 for $25,000, payable to your trust account, showing The Textbook Guy LLC as remitter. This is the first payment due pursuant to the settlement of the above litigation.

As we discussed, you are authorized to disburse the monies that the check represents only if and when each of your clients and the court have approved the Final Judgment and Preliminary Injunction to which you and I have agreed and which TBG, Mr. Stirling and I have signed. When this has happened, please send me a copy of a fully signed Consent. Thank you.

Very truly yours,

Christ Gaetanos

CG/cmc

c: Matthew Stirling (via e-mail)



## Christ Gaetanos

| | |
|---|---|
| From: | Christ Gaetanos [cgaetanos@att.net] |
| Sent: | Friday, February 29, 2008 2:24 PM |
| To: | 'Matthew Stirling' |
| Cc: | 'tallen@asbazlaw.com' |
| Subject: | Pearson |
| Attachments: | Dunnegan7.ltr.pdf |

FYI.

\*\*\*\*\*\*\*\*\*

Christ Gaetanos
Amigone, Sanchez, Mattrey & Marshall, LLP
1300 Main Place Tower
Buffalo, New York 14202
716-852-1300 (O)
         1344 (F)
    870-1366 (C)

CIRCULAR 230 NOTICE: Any tax advice contained herein (including in any attachments) is not intended to be used, and cannot be used, to (i) avoid penalties that may be imposed on a taxpayer or (ii) to promote, market or recommend any tax-related matter.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain confidential information, which belongs to the sender and which may be protected by the attorney-client or other legal privilege or right. If you are not an intended recipient, you are hereby notified that any copying, disclosure, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify me immediately at cgaetanos@att.net or cgaetanos@amigonesanchez.com and delete the original message. Thank you.

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx Express** US Airbill

FedEx Tracking Number: 8623 8987 7602

Form ID No.: 0215

**1 From**
Date: 2/29/08
Sender's FedEx Account Number: 1105-0800-0
Sender's Name: Christ Gaetanos
Phone: (716) 852-1300
Company: AMIGONE SANCHEZ ET AL
Address: 1300 MAIN PLACE TOWER
City: BUFFALO  State: NY  ZIP: 14202-3713

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: William Dunnegan Esq.
Phone: (212) 332-8300
Company:
Recipient's Address: 350 Fifth Avenue, Suite 4908
City: New York  State: NY  ZIP: 10118

0363683902

**4a Express Package Service**
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice

Cargo Aircraft Only

**7 Payment** Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight    Total Declared Value $ .00

**8 Residential Delivery Signature Options**
- [ ] No Signature Required
- [x] Direct Signature
- [ ] Indirect Signature

519

# FedEx

Español | Customer Support | FedEx Locations    Search    Go

Package/Envelope    Freight    Expedited    Office/Print Services
Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 862389877602 | **Delivered to** | Receptionist/Front Desk | **Wrong Address?** Reduce future mistakes by using FedEx Address Checker. |
| **Signed for by** | M.MOUREGA | **Service type** | Standard Envelope - Direct Signature Required | |
| **Ship date** | Feb 29, 2008 | | | Tracking a FedEx SmartPost Shipment? |
| **Delivery date** | Mar 3, 2008 11:00 AM | | | Go to shipper login |
| **Status** | Delivered | | | |
| **Signature image available** | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 3, 2008 | 11:00 AM | Delivered | | |
| | 8:07 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 6:37 AM | At local FedEx facility | NEW YORK, NY | |
| Mar 1, 2008 | 1:20 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 7:44 AM | Departed FedEx location | NEWARK, NJ | |
| | 7:06 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 3:35 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:45 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Feb 29, 2008 | 11:48 PM | Left origin | CHEEKTOWAGA, NY | |
| | 6:19 PM | Picked up | CHEEKTOWAGA, NY | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name: [          ]    Your e-mail address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions



Español | Customer Support | FedEx Locations    Search    Go

Package/Envelope    Freight    Expedited    Office/Print Services
Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

**FedEx Express Signature Proof of Delivery**
**Fax Request Confirmation**

We have received your fax request.
Your confirmation number is: R2008050200493483952

[New Request]

**? Quick Help** **Related Links**
- Track more shipments
- My FedEx

You can now e-mail multiple Signature Proof of Delivery letters as an attachment to multiple recipients. Get simple instructions here!

Important Information: Signature Proof of Delivery is available only for Delivered shipments. Shipments still In-Transit or invalid tracking numbers will not be displayed. The first page of your Signature Proof of Delivery letter will contain information about your request and will indicate which Signature Proof of Delivery letters are available.

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

FedEx Express Corporation　　U.S. Mail: 1000 Fedex Drive　　Telephone 901-463-3339
Delivery Information　　　　　 Coraopolis, PA 15108-0022
Domestic Trace
1000 Fedex Drive

Coraopolis, PA 15108-0022



# FAX HEADER SHEET

FROM:   FedEx Express
PHONE:  1-800-GO-FEDEX

TO:     Christ Gaetanos
PHONE:  7168521344

PAGES:  2 (including header)

Reference Number: R2008050200493483952

FedEx Express U.S. Mail: PO Box 727 Telephone 901-369-3600
Customer Support Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



May 02, 2008

Christ Gaetanos
(716) 852-1344

Dear Christ Gaetanos:

Our records reflect the following delivery information for the shipment with the tracking number 862389877602.

Delivery Information:

Signed For By:   M.MOUREGA

*MOURGT*

Delivery Date:   March 03, 2008

Delivery Time:   11:00 AM

Shipping Information:

Tracking No:   862389877602                Ship Date:   February 29, 2008

Shipper:   BUFFALO, NY                      Recipient:   NEW YORK CITY, NY
           US                                            US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2008050200493483952

This Information is provided subject to the FedEx Service Guide.

# Christ Gaetanos

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Friday, May 02, 2008 3:45 PM |
| To: | undisclosed-recipients |
| Subject: | FedEx Signature Proof of Delivery Letter |
| Attachments: | SpodLetter.PDF |

This Signature Proof of Delivery Letter has been requested by:
Name: Christ Gaetanos
E-mail: cgaetanos@amigonesanchez.com
Message:
-------------------------------------------------------------
Please open the attached Signature Proof of Delivery file for the following shipments:

862389877602

You may save or print this Signature Proof of Delivery file for your records.

If you experience problems opening the attachment or if you do not see the attachment, it may have been removed by some type of protection software (i.e. spam or virus protection software). Your mail service provider or IT department may be able to assist you with this issue.

Thank you for choosing FedEx. We look forward to working with you in the future.

FedEx
1.800.GoFedEx 1.800.463.3339

Please do not respond to this message. This e-mail was sent from an unattended mailbox.

Disclaimer
-------------------------------------------------------------
This e-mail request has been sent to you by FedEx on behalf of the requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For fedex.com terms of use, go to fedex.com.

1



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

May 2, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **862389877602**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Mar 3, 2008 11:00 |
| Signed for by: | M.MOUREGA | | |
| Service type: | Standard Envelope | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 862389877602 | Ship date: | Feb 29, 2008 |

Recipient:
US

Shipper:
US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339