## CERTIFICATE OF SERVICE

The undersigned member of the bar of this court hereby certifies that a true and correct copy of the foregoing Declaration of Christ Gaetanos in Opposition to Plaintiffs' Motion to Enforce the Final Judgment and Permanent Injunction Entered March 5, 2008 and a Judge Defendant in Contempt against The Textbook Guy, LLC was served by first class mail upon and via e-mail on June 16, 2008 as follows:

William Dunnegan (WD9316)
350 Fifth Avenue
New York, New York 10118
wd@dunnegan.com

Dated: Buffalo, New York
       June 16, 2008

**AMIGONE, SANCHEZ, MATTREY**
**& MARSHALL, LLP**

By:    /s/ Christ Gaetanos
       Christ Gaetanos, Esq., of Counsel
       Attorneys for Defendant
       1300 Main Place Tower
       Buffalo, New York 14202
       Phone:  (716) 852-1300
       E-Mail:  cgaetanos@att.net