## CERTIFICATE OF SERVICE

The undersigned member of the bar of this court hereby certifies that a true and correct copy of the foregoing Affidavit of Richard A. Galbo, Esq. in Opposition to Plaintiffs' Motion to Enforce the Final Judgment and Permanent Injunction Entered March 5, 2008 and a Judge Defendant in Contempt against The Textbook Guy, LLC was served by first class mail upon and via e-mail on June 16, 2008 as follows:

William Dunnegan (WD9316)<br>
350 Fifth Avenue<br>
New York, New York 10118<br>
wd@dunnegan.com

Dated: Buffalo, New York
      June 16, 2008

                                      AMIGONE, SANCHEZ, MATTREY
                                      & MARSHALL, LLP

                    By:    /s/ Christ Gaetanos
                            Christ Gaetanos, Esq., of Counsel
                            Attorneys for Defendant
                            1300 Main Place Tower
                            Buffalo, New York 14202
                            Phone: (716) 852-1300
                            E-Mail: cgaetanos@att.net