## CERTIFICATE OF SERVICE

The undersigned member of the bar of this court hereby certifies that a true and correct copy of the foregoing Memorandum of Law in Opposition to Plaintiffs' Motion to Enforce the Final Judgment and Permanent Injunction Entered March 5, 2008 and a Judge Defendant in Contempt against The Textbook Guy, LLC was served by first class mail upon and via e-mail on June 16, 2008 as follows:

William Dunnegan (WD9316)
350 Fifth Avenue
New York, New York 10118
wd@dunnegan.com

Dated: Buffalo, New York
June 16, 2008

AMIGONE, SANCHEZ, MATTREY
& MARSHALL, LLP

By: /s/ Christ Gaetanos
Christ Gaetanos, Esq., of Counsel
Attorneys for Defendant
1300 Main Place Tower
Buffalo, New York 14202
Phone: (716) 852-1300
E-Mail: cgaetanos@att.net