## Declaration of Service

GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On June 26th, 2008, I caused a true copy of the foregoing DECLARATION OF WILLIAM DUNNEGAN IN SUPPORT OF PLAINTIFFS' MOTION TO ADJUDGE DEFENDANT MATTHEW STIRLING, CHRIST GAETANOS, ESQ. AND RICHARD GALBO, ESQ. IN CONTEMPT to be served by Express Mail on the following:

Christ Gaetanos, Esq.
Amigone, Sanchez, Mattrey & Marshall, LLP
1300 Main Place Tower
350 Main Street
Buffalo, New York 14202

Richard Galbo, Esq.
Galbo & Associates
1830 Liberty Building
Buffalo, New York 14202

Matthew Stirling
200 Rosencrans Avenue, Apt. A
Manhattan Beach, CA 90266

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of June 2008.

_____
GERVAISE MOURLET