NICHOLAS P. AMIGONE, III
ARTHUR G. BAUMEISTER, JR.
DAVID W. BEYER
STEPHEN E. CAVANAUGH
RICHARD A CLACK
MICHAEL D. DENZ*
ROBERT I. JADD*◇
WILLIAM H. MATTREY
B. P. OLIVERIO
JACK M. SANCHEZ
VINCENT J. SANCHEZ

* ALSO MEMBER FLORIDA BAR
**ALSO MEMBER WEST VIRGINIA BAR
◇ALSO MEMBER MASSACHUSETTS BAR

# Amigone, Sanchez, Mattrey & Marshall, LLP

Attorneys and Counsellors at Law
1300 MAIN PLACE TOWER
350 MAIN STREET
BUFFALO, NEW YORK 14202-3713

(716) 852-1300
FAX: (716) 852-1344
FAX: (716) 852-1355

OF COUNSEL
DAVID BUCH
CHRIST GAETANOS**
PHILIP M. MARSHALL
NICHOLAS L. LoCICERO

June 27, 2008

**VIA FACSIMILE, EMAIL AND OVERNITE MAIL**
**FILED ON THE USDC SDNY ECF SYSTEM**
William Dunnegan, Esq.
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118

    Re: *Pearson Education, Inc., et al v. The Textbook Guy LLC, et al*
         *Case No. 07-CV-7890 (PKC)*

Dear Mr. Dunnegan:

    This follows our telephone conversation of yesterday, wherein I advised that our firm has become aware of the pending issues arising in the above-reference action handled by attorney Christ Gaetanos. Further to our conversation, I have enclosed herewith the following drafts totaling $51,000 and representing full payment of the accelerated amount due pursuant to the Consent Judgment entered on March 5, 2008:

1. Draft No. 1223 dated June 26, 2008 payable to Dunnegan, LLC as Attorneys in the amount of $13,000.00, drawn on Christ Gaetanos' Operating Account.

2. Draft No. 104 dated June 27, 2008 payable to Dunnegan, LLC as Attorneys in the amount of $38,000.00, drawn on the Galbo & Associates Client Trust Account.

    It is my understanding that turnover of these funds brings the defendants and the non-party attorneys, Christ Gaetanos, Esq. and Richard A. Galbo, Esq., in compliance with the Court's Order entered on March 5, 2008.

      Upon your receipt of the within drafts, I will contact you to further discuss the matter. Should you have any questions in the interim, please do not hesitate to contact me. Thank you in advance for your cooperation herein.

Very truly yours,

AMIGONE, SANCHEZ, MATTREY
& MARSHALL, LLP

Arthur G. Baumeister, Jr.

AGB/cas
cc:    Christ Gaetanos, Esq.
       Richard A. Galbo, Esq.
       Matthew Stirling

```
                                                                                          1225
AMIGONE, SANCHEZ,                          KEYBANK NATIONAL ASSOCIATION
MATTREY & MARSHALL, LLP                         BUFFALO, NY 14202
ATTORNEYS AND COUNSELORS-AT-LAW
    1300 MAIN PLACE TOWER                          10-83/220
    BUFFALO, NEW YORK 14202                                                          6/26/2008
```

PAY TO THE ORDER OF   Dunnegan, LLC, as Attorneys                                $  **13,000.00

Thirteen Thousand and 00/100************************************************************************  DOLLARS

OPERATING ACCOUNT

MEMO                                                                         CHRIST GAETANOS

⑆001225⑆ ⑈022000839⑈ 327300070197⑈

**GALBO & ASSOCIATES CLIENT TRUST**
**SUITE 1830**
420 MAIN STREET
BUFFALO, NY 14202

08/05

104

29-1310/0213
145

DATE June 27, 2007

PAY TO THE ORDER OF  Dunnegan LLC as attorneys    $ 38,000.00

Thirty-Eight Thousand +00/100 _____ DOLLARS

Citizens Bank

FOR Pearson

⑈000104⑈ ⑆021313103⑆ 4001303050⑈