UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

**THE McGRAW HILL COMPANIES, INC., et al.**

                **CERTIFICATE OF SERVICE**

                **Plaintiffs,**

   -vs-                              Case No. 07-CV-7890 (PKC)

**MATTHEW STIRLING, et al.**
                **Defendants.**
_____

        I hereby certify that on June 27, 2008, I caused the foregoing document to be mailed by overnight mail service, facsimile transmission and email to the following:

        William Dunnegan, Esq.
        Dunnegan LLC
        350 Fifth Avenue
        New York, New York 10118
        Facsimile: (212) 332-8301
        Email: wd@dunnegan.com

Dated: June 27, 2008
      Buffalo, New York

                                              s/   Arthur G. Baumeister, Jr.
                                              **ARTHUR G. BAUMEISTER, JR.**