EXHIBIT "A"

| Claim Number | Named Insured/Obligee | | 56-1544 |
|---|---|---|---|
| YRV LP 32276 | The Textbook Guy LLC | | 441 |
| Policy Number | Claimant/Principal Name | Number | JPC-101-0GF |
| 01 SBA RD6021 | Pearson Education Inc. | 0000386421 | |
| Issue Date | Issue Off. Code | Nature of Payment | |
| 5/30/08 | 868 | settlement | |
| A.L. | Key File Claim Number | Loss Date | Other Information |
| DD | YRV LP 32276 | 9/7/07 | Northeast Agency |

THE HARTFORD

PAY

Thirty Eight Thousand and 00/100    DOLLARS    $38,000.00

JPMORGAN CHASE BANK, N.A.
COLUMBUS, OH

TO THE ORDER OF

Galbo & Associates as attorneys, and
The Textbook Guy LLC

Mary D Caron
Authorized Signature

Issuing Office Name: home office/482810

⑈000386421⑈ ⑆044115443⑆ 649 035 466⑈

a valid claim for insurance benefits or services. Any false representation to obtain this payment may be fraud and result in civil and criminal penalties.

PAY TO THE ORDER OF GALBO &
ASSOCIATES
BY: THE TEXTBOOK GUY, LLC
MATTHEW STIRLING, MEMBER MANAGER

[signature]

Galbo+Associates
For Deposit Only.

THIS IS WATERMARKED PAPER AND CONTAINS INVISIBLE FIBERS
DO NOT ACCEPT WITHOUT NOTING WATERMARK
HOLD TO LIGHT TO VERIFY WATERMARK.

**Citizens Bank**  Customer Receipt            Please be sure to enter this
                                                transaction in your records.

| Transaction Description | Date / Account Number | Amount |
|---|---|---|

```
0880 145e020437 5031 06/04/08   12:38
CK CK         0880 4001303050              $38,000.00
NEW BALANCE $      38,050.00  AVAILABLE BALANCE $     50.00
```

Funds from your deposit may not be available for immediate withdrawal. All transactions are subject to verification as outlined in the rules and regulations of the Bank.

22089-BUNKER 8/06 1M/PK                                                     Member FDIC