EXHIBIT "B"

 **Citizens Bank**

**Commercial Account Statement**

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 OF 2

Beginning June 01, 2008 through June 30, 2008

US002  BR145

GALBO & ASSOCIATES CLIENT TRUST
IOLA
420 MAIN STREET
BUFFALO NY  14202

## Commercial Checking

### SUMMARY

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | 50.07 | Average Daily Balance | 31,716.66 |
| Checks | .00 - | **Interest** | |
| Debits | .07 - | Current Interest Rate | 1.74% |
| Deposits & Credits | 38,000.00 + | Annual Percentage Yield Earned | 1.75% |
| Interest Paid | 45.24 + | Number of Days Interest Earned | 30 |
| **Current Balance** | 38,095.24 = | Interest Earned | 45.24 |
| | | Interest Paid this Year | 45.59 |

GALBO & ASSOCIATES CLIENT TRUS
IOLA
**Client Trust Checking**
400130-305-0

Previous Balance
50.07

### TRANSACTION DETAILS

**Debits**

**Other Debits**

| Date | Amount | Description | |
|---|---|---|---|
| 06/02 | .07 | DDA Interest Transfer | 4002518530 |

Total Debits
.07

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 06/04 | 38,000.00 | Deposit |

Total Deposits & Credits
38,000.00

**Interest**

| Date | Amount | Description |
|---|---|---|
| 06/30 | 45.24 | Interest |

Total Interest Paid
45.24

Current Balance
38,095.24

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/02 | 50.00 | 06/04 | 38,050.00 | 06/30 | 38,095.24 |

### NEWS FROM CITIZENS

--Great news! Beginning in May through June 2008, we're enhancing Online Bill Payment to offer you faster payments. In most cases, you'll be able to pay your bills in as little as 24 hours. And with a new convenient payment calendar, you'll be able to determine the



**Commercial Account Statement**

1-800-862-6200

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 OF 2

Beginning June 01, 2008
through June 30, 2008

*Commercial Checking continued from previous page*

GALBO & ASSOCIATES CLIENT TRUS
IOLA
**Client Trust Checking**
400130-305-0

### NEWS FROM CITIZENS (continued)

earliest day your payments will be received. It's just another way Citizens is working to make banking better for our valued customers.