EXHIBIT "C"

