**CERTIFICATE OF SERVICE**

    The undersigned member of the bar of the State of New York hereby certifies that a true and correct copy of the foregoing DECLARATION OF RICHARD A. GALBO IN OPPOSITION TO PLAINTIFFS' MOTION TO FOR CONTEMPT was served by email and overnight courier mail upon:

                  William Dunnegan (WD9316)
                        350 Fifth Avenue
                  New York, New York 10118

    The undersigned further acknowledges that a true and correct copy of the foregoing DECLARATION OF RICHARD A. GALBO IN OPPOSITION TO PLAINTIFFS' MOTION TO FOR CONTEMPT was served by hand delivery upon:

                      Christ Gaetanos, Esq.
         Amigone, Sanchez, Mattrey & Marshall, LLP
        300 Main Place Tower, 350 Main Street
                  Buffalo, New York 14202

    The undersigned member of the bar of the State of New York hereby certifies that a true and correct copy of the foregoing DECLARATION OF RICHARD A. GALBO IN OPPOSITION TO PLAINTIFFS' MOTION TO FOR CONTEMPT was served by overnight courier upon:

                      Matthew Stirling
            200 Rosencras Avenue, Apt. A
           Manhattan Beach, California 90266


Dated:    Buffalo, New York
             July 1, 2008

                                     /s/Richard A. Galbo
                                     Richard A. Galbo, Esq.
                                     Attorneys for Defendant
                                     The Textbook Guy, LLC
                                     1830 Liberty Building
                                     Buffalo, New York 14202
                                     Phone:  716-332-0151
                                     E-Mail:  rgalbo@galbolaw.com