UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND
THE MCGRAW-HILL COMPANIES, INC.,

    Plaintiffs,

  -against-    07 Civ. 7890 (PKC)

THE TEXTBOOK GUY LLC
D/B/A THETEXTBOOKGUY.COM,
MATTHEW STIRLING AND
JOHN DOES NOS. 1-5,

    Defendants.

- - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

STIPULATION AND ORDER WITHDRAWING
MOTIONS FOR CONTEMPT AND RESTRAINING NOTICES

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and non-party Christ Gaetanos, plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc., Cengage Learning Inc. and The McGraw-Hill Companies, Inc., hereby dismiss with prejudice and without costs their motions for contempt brought on by orders to show cause entered June 5, 2008, Docket No. 29, and June 26, 2008, Docket No. 41 dismissed; and

  IT IS FURTHER STIPULATED AND AGREED that plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc., Cengage Learning Inc. and The McGraw-Hill Companies,

Inc., hereby withdraw the restraining notices to garnishees served on Matthew Stirling, The Textbook Guy LLC and Christ Gaetanos on or about June 3, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this document may be executed as an original by facsimile and in counterparts.

Dated: New York, New York
       September 3, 2008

        DUNNEGAN LLC

        By *William Dunnegan*
          William Dunnegan (WD9316)
        Attorneys for Plaintiffs
          Pearson Education, Inc.,
          John Wiley & Sons, Inc.,
          Cengage Learning Inc. and
          The McGraw Hill Companies, Inc.
        350 Fifth Avenue
        New York, New York 10118
        (212) 332-8300

        AMIGONE, SANCHEZ, MATTREY
        & MARSHALL, LLP

        By
          Christ Gaetanos (pro hac vice)
        Attorneys for Defendants
        300 Main Place Tower
        350 Main Street
        Buffalo, New York 14202
        (716) 852-1300

        DEALY & SILBERSTEIN, LLP

        By_____
          Milo Silberstein (MS    )
        Attorneys for Christ Gaetanos
        225 Broadway
        New York, New York 10007
        (212) 385-0066

09/03/2008 21:35 FAX 2123852117     DEALY&SILBERSTEIN     ☒003/004

Inc., hereby withdraw the restraining notices to garnishees served on Matthew Stirling, The Textbook Guy LLC and Christ Gaetanos on or about June 3, 2008; and

   IT IS FURTHER STIPULATED AND AGREED that this document may be executed as an original by facsimile and in counterparts.

Dated: New York, New York
   September 3, 2008

         DUNNEGAN LLC

         By_____
          William Dunnegan (WD9316)
         Attorneys for Plaintiffs
          Pearson Education, Inc.,
          John Wiley & Sons, Inc.,
          Cengage Learning Inc. and
          The McGraw Hill Companies, Inc.
         350 Fifth Avenue
         New York, New York 10118
         (212) 332-8300

         AMIGONE, SANCHEZ, MATTREY
         & MARSHALL, LLP

         By_____
          Christ Gaetanos (pro hac vice)
         Attorneys for Defendants
         300 Main Place Tower
         350 Main Street
         Buffalo, New York 14202
         (716) 852-1300

         DEALY & SILBERSTEIN, LLP

         By_/s/ MS_____
          Milo Silberstein (MS4637)
         Attorneys for Christ Gaetanos
         225 Broadway
         New York, New York 10007
         (212) 385-0066

SO ORDERED:

_____
U.S.D.J.

9-4-08

3